Jonathan Robert JENNINGS #109670
*(full name/prisoner number)*
IDAHO Dept. of Corr. Idaho State Corr. Center X-POD
P.O. Box 70010
BOISE, ID 83707
*(complete mailing address)*

U.S. COURTS
FEB 0 6 2017
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Jonathan Robert JENNINGS
*(full name)*

Plaintiff,

v.

~~xxxxxxxxxxxxxxxxxxxxxxxxxxxx~~,
Randy Blades, Warden; Susan Wessels, Deputy
Warden; Timothy McKay, Deputy Warden;

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:17-CV-60-REB
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested:  ◯ Yes    ⊗ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- [x] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [x] Other federal statute *(specify)* 42 U.S.C. 2000-cc___ ; or diversity of citizenship.
- [x] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is JONATHAN ROBERT JENNINGS___ . I am a citizen of the State of Idaho___ ,

presently residing at Idaho Dept. of Corr. Idaho State Corr. Center, 14601 S. Plesent Valley Rd, KUNA, ID

**PRISONER COMPLAINT - p. 1_**                          *(Rev. 10/24/2011)*

Robert Black, "Bob", Chaplin-Volunteer Religous Coordinator;
Rob Wright, Chaplin-Volunteer Religous Coordinator;
Kenneth Solb, @ "Ken", Chaplin-Volunteer Religous Coordinator;
Michael Hartwick, "Mike", Chaplin-Volunteer Religous Coordinator;
Phil Luvisi, Food Service Manager; Dennis Frick, Food Service
Manager; Rhonda Owens, Administration Services Manager;
David Deitz, Lieuteant; Jane Doe, Correctional officer;
John Doe, Correctional officer; Janet Doe, Food Service
officer; in their individual and official capasities

DEFENDANT/RESPONDENT CONTINUATION PAGE

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1.  I am suing Phil Luvisi _____, who was acting as Food Service Manager
    *(defendant)*                                        *(job title, if a person; function, if an entity)*

    for the Idaho Dept of Corr Idaho State Corr Center Food Service Contractor Trinity food Services
    *(state, county, city, federal government, or private entity performing a public function)*

2.  *(Factual Basis of Claim)* I am complaining that on March 4, 2015 _____, Defendant did
    *(dates)*

    the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
    acted with deliberate indifference to my fundamental rights, injured my enjoyment of Practicing
    my Religous Liberties, & acted with Gross Negligence in the Malicious act of depriving me
    adiquate food by not allowing a tray of food or an extra Sack Lunch, or even to be able to
    keep a lunch past the time we inmates are to have lunch consumed, be put aside for me
    to Consume at the end of my Religous fast, which goes from an hour before dawn to
    an hour after dusk, when the Muslims get to have these accomidations for Ramadan.
    Thereby making me go without food for over 36 consecutive hours because I
    was told to "eat when population is fed or go without anything to eat." & Showing
    discrimination agianst my Jewish Religion.

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
    Constitution, federal statutes, or state laws:
    US Const. Article V Amend 1, FREE EXERCISE Clause; Amend. VIII; Amend. XIV EQUAL
    PROTECTION CLAUSE; 42 USC §2000-cc (RLUIPA)§1985, §1986, Idaho Const, Article 1 § 4, §6,
    Article XXI §19

4.  I allege that I suffered the following injury or damages as a result: Deprived of my 1st, 8th, & 14th
    Amend. of the U.S. Const. Along with 42 USC §2000-cc; went without food for over 36 consecutive hours causing
    Physical hunger pains, discomfort, cramping, headach, nausea, weakness, dizziness & light headed. Also
    Endured discrimination, anger, anguish, & humiliation for being Made 2nd Class by not being allowed to have
    accomidations for my Religous fast when Christians, Muslims, Natives, & pagans have accomidations for their
    Religous Holidays. Deprived my rights under §4 §6 of Article 1 & §19 Article XXI of Idaho Const

5.  I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous Freedoms &
    Showing Me discrimination. To be Provided Adiquate Nutrition in accordance with my Religion & Federal Regulations to be eate after
    the fast & to stop making me Choose to either Practice the fast & Not be able to break it for over 12 hrs or eat with population & Not fast.

6.  I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
    [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
    entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
    (X) Yes  O No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
    jail or prison grievance remedies were not exhausted.
    Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is
    Grievance Number ISCC IC 150000599 (Exhibit 2)

**PRISONER COMPLAINT - p. 2**                                    *(Rev. 10/24/2011)*

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing  Robert Black , who was acting as Chaplin, Volunteer Religous Coordinator
   *(defendant)*                                                    *(job title, if a person; function, if an entity)*

   for the  Idaho Dept. of Corr. Idaho State Correctional Center .
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on  March 4, 2015 , Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Acted with Deliborate Indifference to my fundamental rights, injured my enjoyment of practicing my Religous Liberties and acted with gross negligence in the malicious act of depriving me adiquate food. Telling me to eat when population is fed or go without anything to eat, not allowing a tray of food, an extra lunch or be able to keep a lunch past the time we inmates are required to have it consumed, be put aside for me to consume at the end of my Religous Fast, which goes from an hour before Sun Rise to an hour after dusk, or sunset, when Muslims get to have these accomidations for the month of Ramadan. Thereby making me go without food for over 36 consecutive hours and discriminating against my Jewish Religion.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   US Const. Article V Amend I, Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article I §4,§6, Article XXI §19.

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S Const. Rights under 1st 8th, & 14th Amend. along with 42 USC § 2000-cc; Went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausiea, weakness, light headed, & dizzyness. Along with enduring discremination, anger, anguish, & humiliation for being made 2nd Class by not being allowed accomidations for my Religous Fast when Christians, Muslims, Pagans, & Natives have accomidations for their religons. Was also deprived of my Idaho Const. Rights under Article I §4,§6, & Article XXI §19.

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous Freedoms & showing me discremination. To be provided adiquate nutrition in accordance with my Religon & Federal Regulations to be eat at end of Fast & stop making me choose to practice my Religous FAST & Not eat till the next day or eat with population & not FAST.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   (X) Yes  O No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is Grievance Number IC150000599 (Exhibit 2)

**PRISONER COMPLAINT - p. 3**                                          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Susan Wessel__, who was acting as __Deputy Warden__
   *(defendant)*                                                *(job title, if a person; function, if an entity)*

for the __Idaho Dept. of Corr. Idaho State Corr. Center__.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __March 4, 2015__, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with deliberate indifference to my fundamental Rights, injured my enjoyment of Practicing my Religous Liberties, & acted with gross negligence in the malicious act of depriving me adequate food by not allowing a tray of food, or an extra sack (brown) or even to be able to keep a lunch past the time we the inmates, are required to have it ate be put aside for me to Consume at the end of my religous fast, which began an hour before dawn to an hour after dusk, when Muslims get to have those accomidations for Ramadon, There by making me go without food for over 36 consecutive hours because I was told to eat when population is fed or go without anything to eat. & Showing me discrimination against my Jewish Religion

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend I, FREE EXERCISE CLAUSE; Amend. VIII; Amend. XIV EQUAL PROTECTION CLAUSE; 42 USC § 2000-cc (RLUIPA); §1985; §1986; Idaho Const. Article 1 § 4,§6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; Went without food for over 36 hours consecutive hours Causing Physical hunger pains, cramping, disamfort, head ach, nausiea weakness, dizziness, & Light headed. Also endured discrimination, anger, anguish & humiliation for being made 2nd Class by not being allowed to have accomidations for my Religous fast, when Christians, Muslims, Natives, & pagans have accomidations for their Religous Days. Also Deprived my Rights under § 4, §6 of Article I § §19 of Article XXI of the Idaho Consti.

5. I seek the following relief: Punitive fees for the Wilful & Malicious injury & Conduct in denying my Religous freedoms & Showing me discrimination, To be Provided adequate nutrition in accordance with my Religous & federal regulations to be ate after the fast & to stop making me choose to either Practice & Religion & not eat for that day or eat when population is fed & not practice my Religous Religion.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ⊗ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. FOLLOWED THE GRIEVANCE PoLicy OF. Idaho Dept. of Corr. through all steps. This is grievance NUMBER IC 150000599 (EXHIBIT 2)

PRISONER COMPLAINT - p. 4                                  *(Rev. 10/24/2011)*

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1.  I am suing  Randy Blades                , who was acting as  Warden
          (defendant)                                (job title, if a person; function, if an entity)

for the  Idaho Dept of Corr  Idaho State Corr Center
          (state, county, city, federal government, or private entity performing a public function)

2.  *(Factual Basis of Claim)* I am complaining that on  March 4, 2015          , Defendant did
                                                    (date)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
ACTED WITH DELIBERATE INDIFFERENCE to my fundamental rights; injured my enjoyment of practicing
my Religious Liberties, & Acted with gross negligence in the malicious act of depriving me
adiquate food by not allowing a tray of food or an extra sack lunch, or even be able
to keep my lunch past the time we the inmates are required to have it ate, be
set aside for me to consume at the end of my Religous fast, which began an hour
before dawn to an hour after dusk, when Muslims get to have these accomidations
for Ramadon, Thereby making me go without food for over 36 consecutive
hours because I was told to eat when population is fed or go without anything
to eat & discriminating against my Jewish Religon.

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend I, FREE EXERCISE CLAUSE; Amend. VIII; Amend. XIV EQUAL
PROTECTION CLAUSE; 42 USC §2000-cc (RLUIPA); §1985, §1986; Idaho Const Article 1 §21, §6,
     Article XXI §19

4.  I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under
1st, 8th, & 14th Amend. along with 42 USC §2000-cc; Went without food for over 36 consecutive hours causing Physical
hunger Pains, discomfort, cramping, head ach, nausea, weakness, dizziness, & light headed. Also endured
discrimination anger, anguish, & humiliation for being made 2nd Class by not being allowed to have accomidations for my
Religous Fast Holy Day, when Christians Muslims Natives & Pagans have accomidations for their religous Dayrs. Deprived my
Const. Rights under IDAHO Const. Article I §4 §6, & Article XXI §19.

5.  I seek the following relief: Punitive for Willful & Malicious injury & conduct, in denying my Religous freedoms & showing me
discrimination. Be provided adiquate nutrition in accordance with my Religon & Federal Regulations to be consumed at end of fast
& Stop making me chuse to practice my religon & not eat or eat when population is fed & not practice my religon.

6.  I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant  to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
    FOLLOWED THE GRIEVANCE POLICY OF Id Aho Dept. of Corr. through all steps. This is
    grievance NUMBER ICI5000099 (EXIBIT 2)

**PRISONER COMPLAINT - p. 5**                                    *(Rev. 10/24/2011)*



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Phil Luvisi_, who was acting as _Food SERVICE Manager_
   (defendant)                              (job title, if a person; function, if an entity)

for the _Idaho Department of Corrections, Idaho State Correctional CENTER Food Service Contractor Trinity_
(state, county, city, federal government, or private entity performing a public function)   FOOD SERVICES

2. *(Factual Basis of Claim)* I am complaining that on _April 4, 2015_, Defendant did
                                                    (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
On April 4th 2015 at Idaho Department of Corrections Idaho State Correctional Center, I was made to go without food because Phil Luvisi, Food Service Manager for Idaho Department of Corrections Idaho State Correctional Center's Food Contractor, Trinity Food Services, would not allow a tray of food to be made without any leven food on it for my religious Holy Days of Passover. Therefore making me go without anything to eat for breakfast, lunch, and dinner. By doing so acted in deliberate indifference to my fundamental right and religious liberty enjoyment of practicing my religion and acted with gross negligence in the malicious acts of depriving me with adequate food, and discriminating against my Jewish religion by accommodating Ramadon for Muslims & having a special meal for Christmas for the Christian Holiday, along with keeping a Christmas TREE up in the Chow hall through December

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I FREE EXERCISE CLAUSE; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), 42 USC §1985) §1986; Idaho Const. Article 1 §§1,§6, Article XX1 §19

4. I allege that I suffered the following injury or damages as a result: Deprived my Idaho Const. Rights under Article I §4,§6 &
Article XX1 §19, Went without food for 24 continuous hours (which began on April 3 at 6pm), which caused physical hunger pains & discomfort cramping of my stomach & Abs, Light headed, nausea and weakness, along with feelings of anguish, anger, crankiness, and humiliation of being made a 2nd Class Citizen due to my religious beliefs in Judaism by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for theres. Deprived my fundamental Rights of the U.S. Const. 1st Amed. FREE EXERCISE, 8th Amend, 14th Amend. Equal Protection, 42 USC §1985

5. I seek the following relief: Injunction to be Provided adiquate food in accordance with my Religous laws; to stop making me choose between following my Religous laws/Practices & go without food or not eat & just remove the forbidden food that is on the tray, Punitive for willful & malicious injury & conduct in denying me my Religous FREEDom and showing me religous discrimination

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or
   [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   (✓) Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   Followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance Number IC 150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

**PRISONER COMPLAINT - p. 6**                                (Rev. 10/24/2011)

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1.  I am suing  Robert Black                     , who was acting as  Chaplin - Volunteer (Eligous Coordinator
    (defendant)                                              (job title, if a person; function, if an entity)

for the  Idaho Dept of Corr.  Idaho State Corr. Center                          .
    (state, county, city, federal government, or private entity performing a public function)

2.  *(Factual Basis of Claim)* I am complaining that on  April 14, 2015                  , Defendant did
                                                              (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
Made me go without food because Robert Black refused to allow a tray of food to be made without any leaven
food on it, for my religious Holy Days of Passover. Thereby making me go without anything to eat for
breakfast, lunch, and dinner. In doing so acted with complete deliberate indifference to my fundamental
Rights and Religious liberty in enjoyment of practicing my religion, which was acted in gross negligence
in the malicious act of depriving me adiquate food and discriminating against my Jewish faith by giving
accomodations for Ramadan to Muslims, along with having a Special Meal made for Christmas- A Christian
holiday- and keeping a Christmas tree up in the Chow hall for the month of December.

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
U.S. Const. Art Article V, Amend. I FREE EXERCISE Clause; Amend. VIII, Amend XIV Equal Protection
Clause; 42 USC. § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, §6 Article 1, §19 Article XXI

4.  I allege that I suffered the following injury or damages as a result: Deprived me of my U.S. Const. Rights under 1, 8,
& 14th Amend. along with 34 §6 Article I & §19 Article XXI Idaho Const. & 42 USC §2000-cc; went without food for 24 consecutive
hours, beginning 6pm April 13, Causing physical hunger pains, discomfort & cramping, weakness, light headed, nausea, & dizzyness.
Also endured discrimination, anger, anguish, & humiliation by being made 2nd Class by not being allowed accomodations
for my Holy Days when Christians, Muslim, Natives, & Pagans do for theirs.

5.  I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religious freedom &
showing discrimination. Be provided adiquate food in accordance with my religion & stop making me choose between practicing my
religious laws & not eat or eat without touching the forbidden food & not follow my religious laws.

6.  I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally),* and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law);* or [ ] Defendant is an entity *(government or private business).*

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
    (X) Yes   O No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. Followed the grievance policy of the
IDAHO Dept. of Corr. Through all steps. This is grievance Number IC150000599 (EXHIBIT 2) &
                              IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Susan Wessels</u>, who was acting as <u>Deputy Warden</u>
             *(defendant)*                                   *(job title, if a person; function, if an entity)*

for the <u>Idaho Department of Corrections Idaho State Correctional Center</u>.
      *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>April 4, 2015</u>, Defendant did
                                              *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 4th, 2015 at Idaho Department of Corrections Idaho State Correctional Center, I was made to go without food Because Deputy Warden Susan Wessels would not allow a tray of food to be made with out any leven food on it for my Religious Holy Days of Passover. THEREFORE making ME go without anything to eat for breakfast, Lunch, and Dinner. By doing so acted with deliberate indifference to my fundamental Right and Religious liberty enjoyment of practicing my Religion which was acted with gross negligence in the malicious act of depriving me adiquate food and discriminating against my Jewish Religion by accomidating Ramadon for the Muslims & having a Department wide so special Meal celebration of the Christian Holiday of Christmas with a Christmas Tree kept up all through December in the Chow hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend. I FREE EXERCISE CLAUSE; U.S. Const. Article V, Amend. VIII VIII;
U.S. Const. Article V, Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA) §1985, §1986
Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: violated §4 §6 of Article I §19 Article XXI of Idaho Const. Went without food for 24 continuous hours (which began at 4pm on April 3rd) which caused physical hunger pains and discomfort, cramping of my Stomach & Abs, light headed, nausea, and weakness. Along with feelings of anger, anguish, crankiness, and humiliation of being made a 2nd class citizen, due to my Religious beliefs in Judisim, by not being able to have accomidations for my Religious Holy Days when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend. free exercise, 8th Amend., 14th Amend. Equal Protection, & 42 U.S.C. § 2000-cc.

5. I seek the following relief: Injunction to be provided adiquate food in accordance with my Religion, to stop making me choose between following my Religious Practices/laws & go without food or Not eat (just Remove the forbidden food. Punitive for willful and melicious injury & conduct in denying my Religious Freedoms and showing me Religous discrimination

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or
   [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   (X) Yes  O No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   follow and went through all grievance and appeal process of Idaho Department of Correction's grievance policy. This is grievance number IC 150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

                  *(Rev. 10/24/2011)*



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Randy Blades**, who was acting as **Warden**
   (defendant)                                    (job title, if a person; function, if an entity)

for the **Idaho Department of Corrections, Idaho State Correctional Center**.
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **April 4, 2015**, Defendant did
                                                          (dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
On April 4th 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food because Warden Randy Blades Refused to allow a tray of food to be made without any leven food on it for my Religious Holy Days of Passover. Therefore making me go without anything to eat for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religious liberty Enjoyment of Practicing my Religion which was acted with gross negligence in the malicious act of depriving me adiquate food, and discriminating against my Jewish Religion by having accomodations for Ramadan for Muslims & having a Dept. wide Celibration & Special Meal for the Christian Holiday of Christmas, & keeping a Christmas Tree in the Chow Hall through December

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I Free Exercise Clause. Amend. VIII; Amend. XIV Equal Protection Clause; 42 U.S.C. §2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §9, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated §9 & §6 Article I & §19 Article XXI of Idaho Const.
Went without food for 24 continuous hours (which began at 4pm on 4/3) which caused physical hunger pains and discomfort, cramping of my stomach and abs. light headed, nauseia, and weakness. Along with feelings of anguish, anger, crankiness, and humiliation of being made a 2nd class citizen, due to my Religious beliefs in Judism, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for there's. Deprived me of my rights under U.S. Const. 1st Amend. Free Exercise, 8th Amend, 14th Amend. Equal Protection, & 42 U.S.C. §2000-cc

5. I seek the following relief: injunction to be provided adiquate food in accordance with my Religion; to stop making me choose between following my Religious Practices/laws & go without food or not eat (just remove the forbidden food). Punitive for willful and malicious injury & conduct in denying my Religious Freedoms and showing me Religious discrimination

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or
[✗] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[⊗] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599, (EXHIBIT 2) & ICC5000482 (EXHIBIT 1)


## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>PHIL LUVISI</u>, who was acting as <u>FOOD SERVICE MANAGER</u>
   *(defendant)*                                                                      *(job title, if a person; function, if an entity)*

for the <u>Idaho DEPARTMENT OF CORRECTIONS, Idaho STATE Correctional Center FOOD SErvice Contractor TRINITY FOOD SERVICES</u>
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>April 5, 2015</u>, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 5, 2015 at Idaho Department of Corrections Idaho State Correctional Center, I was made to go without food for the second day in a row because Phil Luvisi, Food SErvice Manager for the Idaho Department of Corrections Idaho State Correctional Center FOOD Contractor, TRINITY food SErvices, refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of PASSOVER. THERE fore making me go without Anything to eat for the second Day in a row for breakfast, lunch, and dinner. By doing so acted with delibrate INDIFFERENCE to my fundamental Right and Religous Liberty enjoyment of practicing my religon, which was acted with gross negligence in the malicious act of depriving me adiquate food and dischriminating against my Jewish faith, by accomidating Ramadan for Muslims & making a special Meal for everyone on the Christian Holiday of Christmas.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article & Amend. I, free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-CC (RLUIPA), §1986, §1985; Idaho Const. Article I § 4, § 6, Article XXI § 19

4. I allege that I suffered the following injury or damages as a result: Violated § 4, § 6 Article I § 19 Article xxi of Idaho Const, went without food for 48 continuous hours (which began at 6pm on April 3) WHICH caused Physical hunger Pains + Discomfort, Cramping of my stomach and abs Light headed, nausea, and weakness. Along with feelings of anguish, anger, crankiness, and humiliation of being made a 2nd Class Citizen, due to my Religous beliefs in Judaism, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for THEIRS. Deprived me my rights under U.S. Const. 1st Amend, 8th Amend, 14th Amend. & 42 U.S.C. § 2000-CC

5. I seek the following relief: Injunction to be Provided adiquate food in accordance with my religon, to stop Making me Choose between following my Religous Practices/laws & go without food or not eat I just remove the forbidden food. Punitive for the willful and malicious injury + conduct in denying My Religous FREEDOMS and shewing me Religous discrimination

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or
   [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   (X) Yes  ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   Followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599. (EXHIBIT 2) &
   IC150000482 (EXHIBIT 1)

**PRISONER COMPLAINT - p. 10**                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Robert Black_____, who was acting as __Chaplin - Volunteer Religous Coordinator__
   *(defendant)*                                    *(job title, if a person; function, if an entity)*

for the __Idaho Dept. of Corr - Idaho State Corr. Center_____.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __April 5, 2015_____, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Made to go without food for the Second day Consecutive day because Robert Black refused to allow a tray of food to be made without any leaven food on it for my Religous Holy Days of Passover, Therefore making me go without anything to eat for the Second Consecutive day for breakfast, lunch, & dinner. In doing so showed deliberate indifference to my fundamental Rights of Religous Liberty enjoyment of practicing my religon, Which was acted in gross negligence in the malice malicious act of depriving me adiqute food along with discriminating against my Jewish faith by giving accumidations for Ramadon to the Muslims and have a special meal made for the Christian Holiday of Christmas along with having a Christmas TREE put up in the Chow hall for the whole Month of December

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Art Article V, Amend. I FREE Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 2, §6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived me of my U.S. Const. Rights under 1, 8, 14 Amend. along with §4 §6 Article 1 & §19 Article XXI Idaho Const. & 42 USC § 2000-cc. Went without food for 48 Consecutive hours beginning 6pm April 3, causing physical hunger pains, discomfort, cramping, weakness, light headed, nausiea, & dizzyness. Also endured discrimination, anger, anguish, & humiliation by being made 2nd Class by not being allowed accomidations for my Holy Days when Christians, Muslims, Natives, & Pagans do for theirs.

5. I seek the following relief: Punitive for Willful & Malicious injury & conduct in denying my Religous Freedoms & Showing discrimination, Be Provided adiqute Food in Accordance with my Religon & stop Making me choose between Following my Religous laws & Not eat or eat without touching the Forbidden Food & not following my Religous laws

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed The grievance policy of the Idaho Dept. of Corr. Through all steps. This is grievance Number IC150000099 (Exhibit 2) & IC150000482 (Exhibit 1)

PRISONER COMPLAINT - p. 11                                    *(Rev. 10/24/2011)*

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

i.  I am suing  Susan Wessels , who was acting as  Deputy Warden
     *(defendant)*                                                    *(job title, if a person; function, if an entity)*

for the  Idaho Department of Corrections Idaho State Correctional Center .
         *(state, county, city, federal government, or private entity performing a public function)*

2.  *(Factual Basis of Claim)* I am complaining that on  April 5, 2015 , Defendant did
                                                              *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
On April 5th, 2015 at Idaho Department of Corrections Idaho State of Correctional Center, I was made to go without a food for the second Day in a row because Deputy Warden Susan Wessels Refused to allow a tray of food to be made without any leven food on it for my Religious Holy Days of Passover, therefore Making me go without anything to eat for the second day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religious liberty enjoyment of practicing my Religion, which was acted with gross negligence in the malicious act of depriving me adequate food, and discriminating against my Jewish Religion by accomidating Ramadan for the Muslims & Allowing a Special Meal for the Christian Holiday of Christmas with a Christmas Tree kept in the Chow Hall for all of December.

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend I, Free Exercise Clause; U.S. Const. Article V, Amend VIII; U.S. Const. Article V, Amend XIV Equal Protection Clouse ; 42 U.S.C. § 2000-cc(RLUIPA); §1985, §1986; Idaho Const. Article I §2 §6, Article XXI §19

4.  I allege that I suffered the following injury or damages as a result: Violated Article I §4 §6, Article XXI §19 Idaho Const. Went without food for 48 Continuous hours (which began at 6pm on April 5) which caused Physical hunger pains & discomfort, cramping of my abs + stomach, Light headed, nausea, and weakness. Along with the feelings of anguish, anger, crankiness, and humiliation of being made a 2nd Class citizen, due to my Religious beliefs in Judisim, by not being able to have accomidations for my Holydays when Christians, Muslims, Natives and Pagans do. for theirs. Deprived me my Rights under U.S. Const. 1st Amend, 8th Amend, 14th Amend, & 42 U.S.C. § 2000-cc

5.  I seek the following relief: Injunctive; To be provided adiquate food in accordance with my Religion; to stop making me choose between following my Religious Requirements & go without food, or not eat/just remove the forbidden food. Punitive for the willful & malicious injury & conduct in Denying my Religions Freedoms and showing me Religious discrimination

6.  I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
    [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business).*

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
    (X) Yes   ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
    followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000 599. (Exhibit 2) &

**PRISONER COMPLAINT - p.12**    DC150000482(Exhibit 1)        *(Rev. 10/24/2011)*



## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Randy Blades_, who was acting as _Warden_
   *(defendant)*                                          *(job title, if a person; function, if an entity)*

   for the _Idaho Department of Corrections  Idaho State Correctional Center_.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on _April 5, 2015_, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
On April 5, 2015 at Idaho Department of Corrections Idaho State Correctional Center, I was made to go
without food for the second day in a row because Warden Randy Blades refused to allow a tray
of food to be made without any leven food on it for my religious Holy Days of Passover. Therefore
Making me go without eating anything to eat for the second day in a row for breakfast, lunch,
and dinner. By doing so acted with deliberate indifference to my fundamental right and religious
liberty enjoyment of Practicing my religion and acted with gross negligence in the Malicious
act of depriving me adiquate food and discriminating against my Jewish Religion by accommodating
Ramadan for the Muslims & allowing a special meal for the Christian Holiday of Christmas, with
a Christmas Tree kept in the Chow Hall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
US Const. Article V Amend. I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const.
Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. §2000-cc (RLUIPA) §1985, §1986;
Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: violated Article I §4, §6, Article XXI §19 Idaho Const.
went without food for 46 continuous hours (began at 4pm on April 3) which caused Physical hunger pains and
discomfort, cramping of my stomach + Abs, light headed, nausea, and weakness. Along with feelings
of anguish, anger, crankiness, and humiliation of being made a 2nd Class Citizen, due to my religious beliefs
in Judism, by not being able to have accommodations for my Holy Days when Christians, Muslims, Natives
and Pagans, do for theirs. Deprived me of my rights under U.S. Const. 1st Amend, 8th Amend, 14th Amend. & 42 U.S.C. §2000-cc

5. I seek the following relief: Injunction to be Provided adiquate food in accordance with my Religion; to stop making me
choose between following my religious laws and go without food or not eat Just remove the forbidden food
Punitive for willful + malicious injury and conduct in denying me my Religious Freedoms and showing me religious discrimination

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally),* and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law);* or [ ] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [✓] Yes   ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted.
   Followed and went through all grievance and appeal process of Idaho Department of Corrections
   grievance policy. This is grievance number IC150005 99 (EXHIBIT 2) &

**PRISONER COMPLAINT - p. 13**   ICIS000482 (EXHIBIT 1)   *(Rev. 10/24/2011)*



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing PHIL LUVISI_____, who was acting as FOOD SERVICE MANAGER
   *(defendant)*                                              *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr., Idaho State Corr. Center Food Service Contractor TRINITY FOOD SERVICES.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 6, 2015_____, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
On April 6, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was
made to go without food for the third day in a row because Phil Luvisi, food service
Manager of Idaho Department of Correction's Idaho State Correctional Center's Food
Service Contractor, Trinity Food Service, refused to allow a tray of food to be made
without any leven food on it for my Religious Holy days of PASSOVER. Therefore making
me go without anything to eat for the third day in a row for breakfast, lunch,
and dinner. By doing so acted with deliberate indifference to my fundamental right and
Religious Liberty enjoyment of Practicing my Religion and acted with gross negligence in the malicious
act of depriving me adequate food and discriminating against my Jewish Religion by accomidating Ramadan
for Muslims & Making a Special Meal for the Christian Holiday of Christmas with keeping up a Christmas Tree in the
chow hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, free EXERCISE Clause; U.S. Const. Article V Amend. VIII.
U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 § U.S.C. § 2000-cc (RLUIPA),
§1986, §1985; Idaho Const. Article 1 §4,§6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: violated Idaho Const. Article 1§4, §6 & Article XXI §19
went without food for 72 continuous hours (began at 4pm on April 3) which caused Physical hunger pains and discomfort,
Cramping of my stomach and abs, light headed, nausea, and weakness, along with weight loss. Also feeling of
anguish, anger, crankiness, and humiliation of being made a 2nd Class Citizen, due to my Religious beliefs in
Judisim, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and
Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend, & 42 U.S.C. § 2000-cc

5. I seek the following relief: injunction to be provided adequate food in accordance with my Religion, to stop making me
choose between following my Religion + going without food or not eat just Remove the forbidden food. Punitive For the
willful and malicious injury + conduct in denying my Religious Freedoms and showing me Religious discrimination

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or
[x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   (X) Yes   ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted.
   followed and went through all grievance and appeal process of Idaho Department of Corrections
   after grievance appeal. This is grievance number IC 150000599. (EXHIBIT 2)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Robert Black_____, who was acting as Chaplin. Volunteer Religious Coordinator
   *(defendant)*                   *(job title, if a person; function, if an entity)*

for the Idaho Dept of Corrections Corr. Idaho State Corr. CENTER_____.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 16, 2015_____, Defendant did
   *(dates)*
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Made me go without food for the third consecutive day because Robert Black refused to allow a
tray of food to be made without any leaven food on it for my Religious Holy Days of Passover. Thereby
Making me go without anything to eat for the third consecutive day for Breakfast, lunch,
& Dinner. In do so showed deliberate indifference to my fundamental rights & Religious
liberty enjoyment of practicing my religion, which was acted with gross Negligence in the
malicious act of depriving me adequate food along with discriminating against my Jewish
faith by giving accomidations for Ramadon to the Muslims & having a special meal made
for the Christian Holiday of Christmas with having a Christmas TREE up in the Chow
hall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
U.S. Const. AND Article V, Amend. I FREE EXERCISE Clause; Amend. VIII, AMEND XIV Equal Protection
Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, § 6 Article 1, § 19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. rights under 1,
8, 14 Amend, along with §4, §6 of Article 1 & §19 of Article XXI Idaho Const & 42 USC § 2000-cc; went without food
for 72 consecutive hours beginning upon April 13, causing physical hunger pains, discomfort, cramping, nausea,
weakness, dizzyness, light headed, & weight loss. Also endured discrimination, anger, anguish, & humiliation by
being made 2nd Class by not being allowed accomidations for my Holy Days when Christians, Muslims, Natives &
Pagans do for theirs.

5. I seek the following relief: Punitive for willful & Malicious injury & Conduct in denying my Religious Freedoms & showing
discrimination. Be provided adiquate food in Accordance with my Religion & stop Making me choose between
following my Religious laws & not eat or eat without touching the forbidden food & not follow my Religious laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   (X) Yes   ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. Followed The grievance policy of the
IDAHO Dept. of Corr. Through all steps. This is grievance Number IC150000599 (EXHIBIT 2)
            & IC15cocо482 (EXHIBIT 1)

         *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels, who was acting as Deputy Warden
   (defendant)                                    *(job title, if a person; function, if an entity)*

for the Idaho Department of Corrections Idaho State Correctional Center
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 6, 2015, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):* On April 6, 2015 at Idaho Department of Correction's Idaho State Correctional CENTER, I was made to go without food for the third day in a row because Deputy Warden Susan Wessels refused to allow a tray of food to be made without any leaven food on it for my Religious Holy Days of PASSOVER. Therefore making me go without anything to eat for the third day in a row for breakfast, lunch, and Dinner. By doing so acted with delibrate indifference to my fundament right and Religious liberty enjoyment of practicing my Religion and acted with gross negligence in the mab malicious act of depriving me adiquate food and discriminating against my Jewish Religion by accommodating Ramadan for Muslims & having a special meal for the Christian Holiday - Christmas & keeping a Christmas tree up in the Chow hall for December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V, Amend. I free EXERCISE Clause; U.S. Const. Article V, Amend. VIII; U.S. Const. Article V, Amend. XIV EQUAL Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA) §1985, §1986; Idaho Const. Article 1 §3, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: violated Idaho Const. Article 1 §4, §6 & Article XXI §19 went without food for 72 consecutive hours (began at 12 pm on APR 3) which caused Physical hunger pains & discomfort, cramping of my stomach and abs, light headed, nausea, weakness and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my religious beliefs in Judisim, by not being able to have accommodations for my Holy Days when Chrisians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C. § 2000-cc

5. I seek the following relief: inJunction to be Provided adiquate food in accordance with my Religion; To stop making me choose between following my Religion + go without food or not eat [Just remove the forbidden food]. Punitive for willful and malicious injury & conduct in Denying my Religious freedom and showing me Religons discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC 150000599. (EXHIBIT 2)

PRISONER COMPLAINT - p. 10     & IC 150000482 (EXHIBIT 1)     *(Rev. 10/24/2011)*



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Randy Blades___, who was acting as ___Warden___
(defendant)                                                    (job title, if a person; function, if an entity)

for the ___Idaho Department of Corrections Idaho State Correctional Center___.
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___April 6, 2015___, Defendant did
(dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 6, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the third day in a row because Warden Randy Blades Refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of PASSOVER. Therefore making me go without anything to eat for the third day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and religous liberty enjoyment of practicing my Religion and acted with gross negligence in the malicious act of depriving me adiquate food & also discriminating against my Jewish Religon by accomidating Ramadan for Muslims & allowing a special meal for the Christian Holiday - Christmas & having a Christmas Tree in the Chow hall through December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, FREE EXERCISE Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C § 2000-cc (RLUIPA) §1985, §1986; & Idaho Consh Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Consh Article 1 §4,§6 & Article XXI §19 went without food for 72 consecutive hours (which began at 6pm April 3) which caused Physical hunger pains and discomfort, cramping of my stomach and abs, was light headed, nausea, weakness and weight loss, also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my Religous beliefs in Judisim, by not being able to have reasonable accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my rights under U.S. Const. 1st Amend, 8th Amend, 14th Amend, & 42 U.S.C § 2000-cc

5. I seek the following relief: Injuction to be Provided adiquate food in accordance with my Religion; to Stop making me choose between following my Religion & go without food or eat & Just remove or not eat the forbidden food. Punitive for willful & malicious injury + conduct in denying my Religous Freedoms and Showing me Religous discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or
[x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599 (EXHIBIT 2) &
IC150000182 (EXHIBIT 1)

**PRISONER COMPLAINT - p. 17**                        *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing PHIL LUVISI , who was acting as FOOD SERVICE MANAGER
   *(defendant)*                                          *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center, Food Service Contractor TRINITY FOOD SERVICES
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 7, 2015 , Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 7, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the fourth day in a row because PHIL LUVISI, FOOD SERVICE MANAGER for Idaho Department of Corrections Idaho State Correctional Center's Food Contractor, TRINITY FOOD SERVICES, Refused to allow a TRAY of food to be made without any leven food on it for my Religious Holy Days of PASSOVER. Thereby making me go without anything to eat for the fourth day in a row for breakfast, lunch, and dinner. by doing so acted with deliberate indifference to my fundamental right and Religious Liberty enjoyment of practicing my Religion and acted with Real gross negligance in the malicious act of depriving me adiquate food, & discriminated against my Jewish Religion by accomodating Ramadon for Muslims & making a special Meal for Christmas, a Christian Holiday & a Christmas tree kept in the Chow hall through December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend I, FREE EXERCISE Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA) §1985, §1986; Idaho CONST. ARTICLE 1, §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article 1 §4 §6 & Article XXI §19 went without food for 96 consecutive hours (which began at 6pm on April 3) which caused Physical hunger Pains & discomfort, cramping of my stomach and abs, light headed, nauseing, weakness, and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd class Citizen, due to my religious belief in Judisim, by not being able to have accomodations for my Holy Days, which Christians, Muslims, Natives, and Pagans do for theirs. Deprived of my U.S. Const. 1st Amend, 8th Amend, 14th Amend, & 42 U.S.C. 2000-cc

5. I seek the following relief: Injunction. to be Provided adiquate food in accordance with my Religion; to stop making me choose between following my Religion & go without food or eat and just remover or not touch the forbidden food. Punitive for willful and malicious injury + conduct in denying my Religious Freedom and showing me Religious discrimination

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or [✓] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   followed and went through all grievance and appeal process of Idaho Department of Correction's grievance policy. This is grievance number IC1500000599. (EXHIBIT 2) & IC15000048.2 (EXHIBIT 1)

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1.  I am suing Robert Black_____, who was acting as Chaplin, Volunteer Religous Coordinator
    *(defendant)*                                              *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center_____.
    *(state, county, city, federal government, or private entity performing a public function)*

2.  *(Factual Basis of Claim)* I am complaining that on April 7, 2015_____, Defendant did
    *(dates)*
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
Made me go without food for the fourth day consecutive day because Robert Black refused to allow
a tray of food to be made without any leaven food on it for my religous Holy Days of Passover. There by
making me go without anything to eat for the fourth consecutive day for breakfast, lunch, and dinner.
In doing so acted with complete deliberate indifference to my fundamental right of religous
liberty enjoyment of practicing my religon And acted with gross negligence in the Malicious act of
depriving me adiquate food while discriminating against my Jewish Religon by accomidating Ramadon
for the Muslims, & allowing a Special Meal be made for Christmas- a Christian Holiday- along
with putting a Christmas tree up in the chow hall for all of December.

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
U.S. Const. Art Article V, Amend. I FREE EXERCISE CLAUSE; Amend. VIII, Amend XIV Equal Protection
Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, §6 Article 1, §19 Article XXI

4.  I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st,
8th, & 14th Amend. along with §4 §6 Article I & §19 Article XXI Idaho Const. And 42 USC § 2000-cc. Went without Food for 96
Consecutive hours, beginning 6pm April 3, which caused physical hunger pains, discomfort, cramping, light headed, nausiea,
Weakness, & Weight loss. Also endured discrimination, anger, anguish & humilation by being made 2nd class casto by
not being able to have accomidations for my Holy days when Christians, Muslims, Natives, & Pagons do for theirs.

5.  I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my religous freedoms &
showing discrimination. Be provided adiquate food in accordance with my religon, stop being made to choose between
following my religous laws & not eat or eat without touching the forbidden food & not follow my religon.
6.  I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
    (X) Yes  O No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. Followed the grievance policy of the
IDAHO Dept. of Corr. through all steps. This is grievance Number IC150000899 (EXHIBIT 2  )
                          & IC150000492 (EXHIBIT I)

**PRISONER COMPLAINT - p. 19**                          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Susan Wessels__, who was acting as __Deputy Warden__
   *(defendant)*                                      *(job title, if a person; function, if an entity)*

for the __Idaho Department of Corrections Idaho State Correctional Center__.
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __April 7, 2015__, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 7, 2015 at Idaho Department of Correction's Idaho state Correctional Center, I was made to go without food for the fourth day in a row because Deputy Warden Susan Wessels Refused to allow a tray of food to be made without any leven food on it for my Religious Holy Days of Passover. Therefore, making me go without anything to eat for the fourth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental right and religious liberty enjoyment of practicing my religion and acted with gross negligence in the malicious act of depriving me adequate food & discriminating against my Jewish Religion by accomidating Ramadan for Muslims & allowing a Special Meal for Christmas- a Christian Holiday & putting a Christmas Tree in the Chow Hall for December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend. I Free Exercise Clause; U.S. Const. Article V, Amend. VIII; U.S. Const. Article V, Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA) §985, §1786; Idaho Const. Article I § 3, 4, 6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article I § 4,5,6 & Article XXI §19
went without food for 96 consecutive hours (began at 6pm on 4/3) which caused physical hunger pains + discomfort, cramping of abs and stomach, light headed, weakness, and weight loss. Also endured anguish, anger, crankiness, and humiliation ideas for being made a 2nd class citizen, due to my religious beliefs in Judisim, by not being able to have accomidations for my Holy days when Christians, Muslims, Natives and pagan's do for theirs. Deprived me of my rights under U.S. Const. 1st Amend., 8th Amend, 14th Amend. & 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunction: To be provided Adiquate Food in accordance with my Religion, to stop Making me choose between my Religion and go without food or Just not eat Just remove the forbidden food. Punitive: for willful and malicious injury and conduct in denying my Religous freedom and showing me Religous discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [x] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC15000599. (Exhibit 2) &
IC15000482 (Exhibit 1)

**PRISONER COMPLAINT - p. 2b**                          *(Rev. 10/24/2011)*