## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho ~~St~~ Department of Corrections, Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 7, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On April 7, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the fourth day in a row because Warden Randy Blades refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of Passover. Thereby making me go without anything to eat for the fourth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religous liberty enjoyment of practicing my religon and acting with gross negligence in the malicious act of depriving me adiquate food, & discriminating against my Jewish faith by accomidating Ramadan for Muslims & having special meals for Christmas a Christian Holiday, & Putting a Christmas Tree in the Chow Hall for December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

U.S. Const. Article V Amend. I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV; Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; IDAHO CONST. ARTICLE I §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article I §4 §6 & Article XXI §19 went without food for 96 consecutive hours (began at 6pm on April 3) which caused Physical hunger pains + discomfort, clamping of my stomach + abs, light headed, ~~dag~~ nausea, weakness, weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd class citizen, due to my Religous beliefs in Judaism, by not being able to have accomidations for my Holy days, when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., & 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunctive: to be provided adiquate food in accordance with my Religon and to stop making me choose between my Religon + not eating or not eat/just remove the forbidden food. Punitive: for willful and malicious injury + conduct in denying my Religous freedoms and showing me Religous discrimination.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as FOOD SERVICE MANAGER *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr., Idaho State Corr. Center FOOD SERVICE Contractor, TRINITY FOOD SERVICES *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 8, 2015 *(dates)*, Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 8, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the fifth day in row because Phil Luvisi, food SERVICE Manager for Idaho Department of Correction's Idaho State Correctional Centers Food Contractor, TRINITY FOOD SERVICES, REFUSED to allow a tray of food to be made without any leven food on it for my Religous Holy Days of PASSOVER. Thereby making me go without anything to eat for the fifth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religous Liberty enjoyment of practicing my religon and acted with Gross Negligence in the malicious act of depriving me of adiquate food, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & Making a Special Meal for Christmas - a Christian Holiday & having a Christmas TREE in the Chow Hall all through December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, FREE EXERCISE Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; IDAHO CONST. ARTICLE 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article 1 §4 §6 & Article XXI §19
Went without food for 120 consecitive hours (began at 6pm on April, 3) which caused Physical hunger Pain and discomfort, Cramping of my Stomach + abs, light headed, weakness, dizzyness, and weight loss, nausia. also endured anger, anguish, crankiness, and humiliation for being made a 2nd Class Citizen, due to my Religous beliefs in Judism, by not being able to have accomidations for my Holy Days WHEN Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., & 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunction: TO BE Provided adiquate food in accordance with my Religon and to stop making me choose between my Religon + go without food or eat + Just not touch the forbidden food. Punitive: For willful and malicious injury + Conduct in denying my Religous FREEdoms and Showing me Religous discrimination.

6. I am suing Defendant in his/her [Y] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. THIS IS grievance number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Robert Black *(defendant)*, who was acting as Chaplin-Volunteer Religous Coordinator *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 8, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Made me have to go without food for 120 consecative hours, of the fifth consecutive day because Robert Black refused to allow a tray of food to be made without any leaven food on it for my Religous Holy Days of Passover. There by making me go without anything to eat for the fifth consecutive day for breakfast, lunch, and dinner. In doing so acted with deliberate indifference to my fundamental Rights & Religous Liberty enjoyment of practicing my Religon while acting with gross negligence in the malicious act of depriving me adiquate food and discriminating against my Jewish Faith by accomidating Ramadan for Muslims & allowing a special meal for Christmas - A Christian Holiday, while putting up a Christmas tree in the Chowhall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. ~~Am~~ Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. §4, §6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived me of my US Const. Rights under 1, 8, 14 Amend. Along with §4 §6 Article 1 & §19 Article XXI Idaho Const., & 42 USC § 2000-cc, went without food for 120 consecative hours beginning at 6pm April 3 causing physical hunger pains, discomfort, cramping, nausea, weakness, dizzyness & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being able to have accomidations for My Holy Days when Christians, Muslims, Natives, & Pagans Do for theirs.

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my religous Freedoms & show discrimination. Be Provided adiquate food in accordance with my religon & stop making me choose between my religous laws & not eating or eat without touching the forbidden food & not follow or practice my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the Idaho Dept. of Corr. through all steps. This is grievance number IC150000599 (Exhibit 2) & IC150000482 (Exhibit 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho DepARtment of Corrections Idaho State Correctional CenteR *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 8, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On APRil 8th, 2015 at Idaho Department of CorrEction's Idaho StatE Correctional CenteR, I was MadE to go without food for thE Fifth day in A Row BECAUSE Deputy Warden Susan Wessels REfuSED to allow a tray of food to be made without any leven Food on it for my Religous Holy Days of PASSOVER. Thereby making me go without anything to eat for the fifth day in a Row for breakfast, lunch, and dinner. By doing so acted with delibrate indifference to my fundamental Rights and Religous liberty enjoyment of practicing my Religon, and acted with gross negligence in the malicious act of depriving me adiquate food. & discriminating against my Jewish faith by accimidating Ramadan for Muslims & having a Speceil Meal made for Christmas — a Christian Holiday & Putting a Christmas tree in the Chow Hall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I FREE EXERCISE Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV Equal Protection Clause; 42 U.S.C. §2000-cc ~~§1985~~ §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const Article I §4 §6 & Article XXI §19 went without food for 120 consecutive hours (began at 6pm April 3rd) which caused Physical Hunger pains and discomfort, cramping of my stomach & abs, light headed, dizziness, weakness, nauseia, and weight loss. Also endured anguish, anger, crankiness, & humiliation for being made 2nd Class due to my Religous Beliefs in Judism, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C. §2000-cc

5. I seek the following relief: injunction to be provided adiquate food in accordance with my Religon &, to stop making me choose between my Religon & not eat or eat & violate my Religon by not touching or just removing the forbidden food. Punitive for willful & malicious injury & conduct in denying my Religous freedoms and showing me Religous Discrimination.

6. I am suing Defendant in his/her [Y] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. followed and went through all grievance and appeal Process of the Idaho Department of Correction's grievance policy. This is grievance number IC 150000599 & IC 150000482 (EXHIBIT 1 & EXHIBIT 2)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho department of corrections, Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 8, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 8, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the Fifth day in a Row because Warden Blades refused to allow a tray of Food to be made without any Leven Food on it For my Religous Holy Day of Passover. There by mad Making me go without anything to eat for the fifth day in a row for break-fast, Lunch, And Dinner. By doing so acted with deliberate indifference to my fundamental Right and Religous Liberty enjoyment of Practicing my Religon, and acted with grass Negligence in the Malicious act of depriving me adiquate food. & discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a Specail Holiday meal made for Christmas - a Christian Holiday & Putting a Christmas Tree up in the Chow Hall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C § 2000-cc (RLUIPA), § 1985, § 1986; IDAHO Const. ARTICLE 1 § 4, § 6, Article XXI § 19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article I § 4 § 6 & Article XXI § 19 went without food for 120 consecutive hours (began at 6pm April 3) which caused Physical hunger Pains + discomfort cramping of my stomach + abs, nauseia, light headed, weakness, dizziness, and weight loss. also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my Religous Beliefs in Judisim, by not being able to have accomidations for my Holy Days, when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., & 42 U.S.C § 2000-cc

5. I seek the following relief: INJUNCTIVE: TO BE PROVIDED Adiquate Food in accordance with my religion; to stop being made to observe my Religon & go without food or to eat the food given + not touch or remove the forbidden food. Punitive For willful + Malicious injury + conduct in denying my Religous Freedoms & showing me Religous discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (Y) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Correction's grievance policy. this is grievance number IC150000599 (EXHIBIT 2) & IC150060482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as FOOD SERVICE MANAGER *(job title, if a person; function, if an entity)*

for the Idaho Dept of Corr., Idaho State Corr. Center FOOD SERVICE CONTRACTOR, TRINITY FOOD SERVICES *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 9, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 9, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the sixth day in a row because Phil Luvisi, Food Service Manager for Idaho Department of Correction's Idaho State Correctional Center's Food Contractor, Trinity Food Services, refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of Passover. Thereby making me go without anything to eat for the sixth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religous liberty enjoyment of practicing my Religon, and acted ~~[illegible]~~ with grass negligence in the malicious act of depriving me adiquate food. & discriminating against my Jewish faith by giving accomidations to Muslims for Ramadan & making a specail meal for Christmas - a Christian Holiday along with a Christmas tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Eqval Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA) §1985, §1986; Idaho Const. Article 1 §4 & §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article I §4 & 6 & Article XXI §19 ~~[illegible]~~ went without food for 144 consecutive hours (began at 6pm April, 3) which caused physical hunger pains + discomfort, cramping of my stomach and abs, light headed, nauseia, dizziness, weakness, and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my Religous Beliefs in Judisim, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagan's do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend, 8th Amend, 14th Amend, & 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunction: To be provided adiquate food in accordance with my Religon; to ~~be~~ stop making me choose between my Religon + not eat or eat and just don't touch the forbidden food. Punitive for willful + malicious injury + conduct in denying my Religous Freedom and showing me Religous Discrimination.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance ~~[illegible]~~ number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Robert Black *(defendant)*, who was acting as Chaplin - Volunteer Religous Coordinator *(Job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 9, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Made me go without food for the sixth consecutive day because Robert Black REFUSED to allow a tray of food to BE MADE WITHOUT ANY LEAVE FOOD ON IT FOR MY Religous Holy Days of PASSOVER, THEREBY Making ME go WITHOUT Anything to EAT For the sixth consecutive DAY For BREAKFAST, LUNCH, AND DINNER. IN DOING so acted with complete delibrate indifference to my Fundamental Rights & Religous Liberty enjoyment of Practicing my Religon along with acting with gross Negligence in the malicious act of depriving me adiquate food while discriminating again Against my Jewish Faith by accomidating Ramadan for Muslims, & having a special meal for Christmas - A Christian Holiday - while putting up a christmas TREE in the Chow hall for the month of december.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V, Amend. I FREE EXERCISE Clause; Amend. VIII, AMEND XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, §6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived me of my US Consti Rights under 1, 8, 14 Amend, Along with §6 §4 Article 1 & §19 Article XXI Idaho Const. & 42 USC § 2000-cc; went without food for 144 Consecutive hours beginning at 6pm April 3, causing physical hunger pains, discomfort, cramping, nausea, Light headed, weakness, dizzyness & weight loss. Also endured discrimination, anger, angush, & humiliation by being made 2nd Class by not being allowed accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for theirs.

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous freedoms & Showing discrimination. BE Provide adiquate food in accordance with my religon, stop making me choose to practice my Religous laws & Not eat or eat without touching the forbidden food & not follow my Religous Laws

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ⊗ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed The grievance policy of THE IDAHO Dept. of Corr. Through all Steps. This is grievance Number IC150000599 (EXHIBIT 2) & IC15000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)* for the Idaho State Corretional Center of Idaho Department of Corrections *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 9, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 9, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the sixth day in a row because Deputy Warden Susan Wessels Refused to allow a tray of food to be made without any leven food on it for my religous Holy Days of Passover. There by making me go without anything to eat for the sixth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religous Liberty enjoyment of practicing my religion and acted with gross negligence in the malicious act of depriving me adiquate food & discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a special Holiday meal made for Christmas – a Christian Holiday, along with putting a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend. I, Free Exercise Clause; U.S. Const. Article V, Amend. VIII; U.S. Const. Article V, Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article 1 §4 §6 & Article XXI §19 went without food for 144 consecutive hours (from 6pm April 3) which caused physical hunger pains & discomfort, cramping of my stomach & Abs, light headed, dizziness, weakness, nausea, and weight loss. also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, Due to my Religous Beliefs in Judaism, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do. For theirs Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunction to be provided adiquate food in accordance with my Religion; to stop being made to choose between my Religion & go without food or eat + not touch or just remove the forbidden food. Punitive for willful + malicious injury & conduct in denying my religous freedoms and showing me religous discrimination.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599 (EXHIBIT 2) & IC 150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades (*defendant*), who was acting as Warden (*job title, if a person; function, if an entity*)

for the Idaho Department of Corrections Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 9, 2015 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On April 9, 2015 at Idaho Department of Corrections Idaho State Correctional Center, I was made to go without any food for the sixth day in a row because Warden Randy Blades Refused to allow a tray of food to be made without any leven food unit for my Religous Holy days of Passover. Thereby making me go without anything to eat for the sixth day in a row for break-fast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Right and Religous liberty enjoyment of practicing my Religon; and acted with gross negligence in the malicious act of depriving me adiquate food. & discriminating against my Jewish faith by accomidating Ramadon for Muslims & having a Special Holiday meal made for Christmas – a Christian Holiday along with putting a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

U.S. Const. Article V Amend I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA) §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article 1 §4 §6 & Article XXI §19 went without food for 144 consecutive hours (from 6pm April, 3) which caused physical hunger pains + discomfort, cramping of my stomach and abs, light headed, dizziness, nauseia, weakness, and weight loss. Also endured anguish, anger, cranky ness, and humiliation for being made a 2nd Class Citizen, due to my Religous Beliefs in Judaism, By not being able to have accomidations for my Holy Days when Christians, ~~Muslims~~ Muslims, Natives, and Pagans do. For theirs, Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunctive: to be provided adiquate food in accordance with my Religon; to ~~be~~ stop making me choose between my Religon + going without food or eat + not touch/remove the Forbidden Food. Punitive for willful & malicious injury + conduct in denying my Religous Freedoms and showing me Religous Discrimination.

6. I am suing Defendant in his/her [Y] personal capacity *(money damages from Defendant personally)*, and/or [Y] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (Y) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

followed and went through all grievance and appeal process of Idaho Department of Corrections' grievance policy. This is grievance number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi (*defendant*), who was acting as Food Service Manager (*job title, if a person; function, if an entity*)

for the Idaho Dept of Corr., Idaho State Corr. Center Food Service Contractor, Trinity Food Services (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 10, 2015 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On April 10, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the seventh day in a row because Phil Luvisi, Food Service Manager for Idaho Department of Correction's Idaho State Correctional Center's Food Contractor, Trinity Food Services, refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of Passover. Thereby making me go without anything to eat for the seventh day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental right and religous liberty enjoyment of practicing my Religon. And acted with gross ~~negligence~~ negligence in the ~~act~~ malicious act of depriving me adiquate food. & ~~&~~ discriminating against my Jewish faith by accomidating Ramadan for Muslims & making a special holiday meal for Christmas - a Christian holiday, along with a Christmas tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

U.S. Const. Article V Amend. I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc, (RLUIPA), §1985, §1986; Idaho Const. Article 1 §~~4~~ §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article 1 §4 §6 & Article XXI §19; Went without food for 168 consecutive hours (from 6pm, April, 3) which cause phycial hunger pains & discomfort, cramping of my stomach and abs, light headed, nausea, dizziness, weakness and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd class citizen, due to my Religous beliefs in Judisim, by not being able to have accomidations for my Holy day when Christians, Muslims, Natives and Pagans do for theirs. Deprived me of my rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunction to be provided adiquate food in accordance with my Religon, to stop being made to choose between my Religon + not eatting or eat and go aginst my Religon. Punitive for willful and malicious injury and conduct in denying my Religous freedoms and showing me Religous Discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (x) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number is IC 150000599 (Exhibit 2) & + IC 150000482 (Exhibit 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Robert Black *(defendant)*, who was acting as Chaplin- Volunteer Religous Coordinator *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 10, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Made me go without food for the seventh consecutive day because Robert Black refused to allow a tray of food to be made without any leaven food on it for my Holy Days of PASSOVER, There by making me go without anything to eat for the Seventh Consecutive day for Breakfast, Lunch, and Dinner. In doing so acted with deliberate indifference to my fundamental Rights & Religous Liberty enjoyment of Practicing my Religon. Which was acted with such gross ~~neg~~ negligence in the malicious act of depriving me adiquate food while discriminating against my Jewish Religon by giving accomidations for Ramadan to the Muslims and having a Special Meal made for Christmas - a Christian Holiday - along with putting up a Christmas Tree in the Chow hall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V, Amend. I FREE EXERCISE Clause; Amend. VIII, AMEND XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, §6 Article 1, § 19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1, 8, 14 Amend., Along with § 4 § 6 Article 1 § 19 Article XXI Idaho Const. & 42 USC § 2000-cc; went without FOOD FOR 168 Consecutive hours beginning upon April 3, causing physical hunger pains, discomfort, cramping, light headed, weak ness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation by being made 2nd Class by not being allowed accomidations for my Holy Days when Christians, Muslims, Natives and Pagans Do For Theirs.

5. I seek the following relief: Punitive for willful & Malicious injury & Conduct in denying my Religous freedoms & showing discrimination. Be Provided adiquate Food in accordance with my Religon & Stop making me choose Between Following my Religous Laws & Not eat or eat without touching the forbidden Food & Not Follow my Religous Laws

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed The grievance policy of the IDAHO Dept. of Corr. Through all Steps. This is grievance Number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Department of Corrections, Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 10, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On April 10, 2015 at Idaho ~~Department~~ Department of Correction's Idaho State Correctional Center, I was made to go without food for the seventh day in a row because Deputy Warden Susan Wessels refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of Passover. There by making me go without anything to eat for the Seventh Day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Rights and Religous liberty enjoyment of Practicing my Religon, and acted with gross negligence in the malicious act of depriving me of adiquate food, & discriminated against my Jewish Religon by accomidating Ramadan for Muslims & having a Special Holiday Meal made for Christmas - a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

U.S. Const. Article V, Amend 1, Free Exercise Clause; U.S. Const. Article V, Amend. VIII; U.S. Const. Article V, Amend. XIV Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article 1 §4 §6 & Article XXI §19 went without food for 168 consecutive hours (from 6pm, April 3) which caused physical hunger pains + discomfort, cramping of my stomach & Abs, nauseia, lightheaded, dizziness, weakness, + weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my Religous Beliefs in Judisim, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C § 2000-cc

5. I seek the following relief: Injunction to be Provided adiquate food in accordance with my Religon; to stop making me choose not to eat + follow my Religon or eat & not follow my Religon by not touching/remove the forbidden food. Punitive for willful + malicious injury + conduct in denying my Religous freedoms & showing me Religous discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)* for the Idaho Department of Corrections, Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 10, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 10, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the seventh day in a row because Warden Randy Blades refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of Passover. Thereby making me go without anything to eat for the seventh day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundament Rights and Religous Liberty enjoyment of Practicing my Religon, and acted with gross negligence in the malicious act of depriving me adiquate food. & discriminated against my Jewish faith by accomidating Muslims for Ramadan & having a special Holiday Meal made for Christmas — a Christian Holiday, along with putting up a Christmas Tree up in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V Amend. I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article I § 4, §6, Article §19

4. I allege that I suffered the following injury or damages as a result: Violated Idaho Const. Article I §4, §6 & Article XXI §19 went without food for 168 consecutive hours (from 6pm, April, 3) ~~when~~ which caused physical hunger pains + discomfort, cramping of my stomach + abs, light headed, dizziness, nausea, weakness, and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my Religous Beliefs in Judaism, by not being able to have accomidations for my Holy Days, when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend, and 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunctive to be provided adiquate food in accordance with my Religon; to stop making me choose not to eat & follow my Religon or eat & not follow my Religon by not touching/remove the forbidden food. Punitive for willful & malicious injury + conduct in denying my Religous Freedom & showing me Religous Discrimination.

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC15000599 (Exhibit 2) & IC15000482 (Exhibit 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi, who was acting as Food Service Manager
*(defendant)* *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr., Idaho State Corr. Center Food ~~Service~~ Service Contractor, Trinity Food Services.
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 11, 2015, Defendant did
*(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 11, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the eighth day in a row because Phil Luvisi, Food Service Manager for Idaho Department of Correction's Idaho State Correctional Center's Food Contractor, Trinity Food Services, refused to allow a tray of food to be made without any leven food on it for my Religous Holy Days of Passover thereby making me go without anything to eat for the eighth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental right and religous liberty enjoyment of practicing my religon, and acted with gross negligence in the malicious act of depriving me of adiquate food & discriminated against my Jewish faith by accomidating Muslims for Ramadon & making a Special "Holiday" meal for Christmas - a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, Free Exercise Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. §2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article I §4, 6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated my Idaho Const rights Article I §4 & 6 & Article XXI §19 went without food for 204 hours (from 6pm April 3 - 6Am April 12) which caused physical hunger pains + discomfort, cramping of my stomach + abs, light headed, dizziness, nauseia, weakness, and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, due to my religous beliefs in Judaism, by not being able to have accomidations for my holy days, when Christians, Muslims, Natives, and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 U.S.C. § 2000-cc

5. I seek the following relief: Injunctive to be provided adiquate food in accordance with my religon; to stop making me chose not to eat & follow my religon or eat & not follow my religon by not touching/remove the forbidden food. Punitive for willful & malicious injury + conduct in denying my religous freedoms + showing me religous discrimination.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599. (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Robert Black *(defendant)*, who was acting as Chaplin-Volunteer Religous Coordinator *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 11, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Made me go without food for the eighth consecutive day because Robert Black refused to allow a tray of Food to be made without any leaven food on it for my Holy Days of Passover. There by making me go without anything to eat for the eighth consecutive day for breakfast, lunch, and dinner. In doing so acted with deliberate Indifference to my fundamental rights & Religous Liberty ~~enjoyment of~~ practicing my religon. Which was acted with such ~~gr~~ gross negligence in the malicious act of depriving me adiquate food while discriminating against my Jewish faith by giving accomidations for Ramadan to the Muslims, and having a special meal made for the Christian Holiday of Christmas along with putting up a Christmas Tree in the chow hall for all of December.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. ~~Art~~ Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § ~~4~~, §6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived my US Const. Rights under 1, 8, 14 Amend. Along with §4 §6 Article 1 & §19 Article XXI Idaho Const. & 42 USC § 2000-cc; went without Food for 204 consecutive hours beginning 6pm Apr. 13, ending 6am April 12, causing physical hunger pains, discomfort, cramping, Nausea, Light headed, weakness, & dizzyness, & weightloss. Also endured discrimination, anger, anguish, & humiliation by being made 2nd Class by not being allowed accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans Do for theirs.

5. I seek the following relief: Punitive for Willful & Malicous injury & conduct in denying my Religous freedoms & showing discrimination. Be provided adiquate food in accordance with my religon & Stop making me choose between following my Religous Laws & Not eat or eat without touching the Forbidden Food & Not Follow My Religous Laws,

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the Idaho Dept. of Corr. through all steps. This is grievance Number ~~[illegible]~~ IC150000599 & IC150000482. (Exhibit 1 & Exhibit 2)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Deptartment of Corrections, Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 11, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On april 11, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the eigth day in a row because Deputy Warden Susan Wessels refused to allow a tray of food to be made without any leven food crit for my Religous Holy days of Passover. Thereby making me go without anything to eat for the Eighth day in a row for breakfast, lunch, and dinner. By doing so acted with deliberate indifference to my fundamental Rights and Religous Liberty enjoyment of peactice of my Religon and acted with gross negligence in the malicious act of depriving me adiquate food. & discriminating against my Jewish faith by accomidating Muslims for Ramadan & having a special meal made for Christmas – a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

U.S. Const. Article V, Amend. I, free Exercise Clause; U.S. Const. Article V, Amend. VIII; U.S. Const. Article V, Amend. XIV Equal Protection Clause; 42 U.S.C. 2000-cc (RLUIPA), §1985, §1986; Idaho Const, Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated my Idaho Const. Rights §4 §6 Article I & Article XXI §19, went without food for 204 consecutive hours (6pm April 3 to 6am April 12) which caused physical hunger pains & discomfort, cramping of stomach and abs, light headed, dizziness, nauseia, weakness, and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd class citizen, due to my Religous Beliefs of Judisim, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives and Pagans do for theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend. and 42 USC § 2000-cc

5. I seek the following relief: Injunctive to be provided adiquate food in accordance with my Religon; to stop being made to choose not to eat + follow my Religon or eat + not following my Religon by not touching/removing the Forbidden Food. Punitive for willful & malicious injury + conduct in denying my Religous Freedoms + showing me Religous Discrimination

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC150000599 (EXHIBIT 2) & IC150000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)* for the Idaho Department of Corrections, Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 11, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 11, 2015 at Idaho Department of Correction's Idaho State Correctional Center, I was made to go without food for the Eighth day in a row because Warden Randy Blades REFUSED to allow a tray of food to be made without any leven food on it For my RELigous Holy Days of PASSOVER. THEREBY making me go without anything to eat for the eighth day in a Row for breakfast, lunch, and dinner. By doing so acted with delebrate indifference to my fundamental Right and Religous liberty enjoyment of Practicing my Religon. and acted with grass negligence in the malicious act of depriving me adiquate food. & discriminated against my Jewish faith by accomidating Muslims for Ramadon & having a special meal made for Christmas - a Christian Holiday, along with Putting up a Christmas TREE in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I, FREE EXERCISE Clause; U.S. Const. Article V Amend. VIII; U.S. Const. Article V Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Violated my Idaho Const rights Article I §4 §6 & Article XXI §19; went without food for 204 consecutive hours (6pm april 3 to 6am April 12) which caused Physical hunger pains + discomfort, cramping of my stomach & Abs, Nauseia, lightheaded, weakness, dizziness, and weight loss. Also endured anguish, anger, crankiness, and humiliation for being made a 2nd Class Citizen, Due to my Religous beliefs in Judisim, by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives and Pagans do For theirs. Deprived me of my Rights under U.S. Const. 1st Amend., 8th Amend., 14th Amend., and 42 USC § 2000-cc

5. I seek the following relief: Injunction to be Provided adiquate food in Accordance with my Religon; to stop making me choose not to eat & follow my Religon or eat & not follow my Religon by not touching/remove the forbidden food. Punitive for willful + Malicious injury + conduct in denying my Religous Freedoms & showing me Religous discrimination

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [x] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed and went through all grievance and appeal process of Idaho Department of Corrections grievance policy. This is grievance number IC15000599 (EXHIBIT 2) & IC15000482 (EXHIBIT 1)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)*

for the IDaho Dept. of Corr. Idaho State Corr. Center Food Service Contractor Trinity Food Services *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on July 26, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Acted with deliberate indifference to my fundamental Rights, injured my enjoyment of Practicing my Religous Liberty & Acted with gross Negligence in the Malicious act of depriving me adiquate food, telling me to eat when population is fed or go without anything to eat; Not allowing a tray of food, an Extra lunch, or be able to keep a lunch past the time we inmates are to have it consumed, be put aside for me to consume at the end of my Religous fast, which went from an hour before dawn to an hour past dusk, when Muslims get these accomidations for Ramadon. There by making me go without food for over 36 consecutive hours & discriminating aginst my Jewish Religon.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

US Const. Article V Amend I, Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), § 1985, § 1986; IDAHO Const. Article 1 § 4, § 6, Article XXI § 19

4. I allege that I suffered the following injury or damages as a result: Deprived my US Const. Rights under 1st, 8th, & 14th Amend. Along with 42 USC § 2000-cc; went without food for over 36 consecutive hours causing Physical hunger pains, discomfort, cramping, Nausea, light headed, headach, weakness, dizziness. Also endured discrimination, anger, augnish, & humiliation for being made 2nd Class by not being allowed to have accomidations for my Religous Holy Day when Christians, Muslims, Natives & Pagans have accomidations for their Religous Day(s). Violated my Idaho Const. Rights in Article I § 4, § 6 & Article XXI § 19

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination, be Provided adiquate nutrition in accordance with my Religon & federal Regulations, to be consumed at end of fast & stop making me choose to practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is grievance number IC 150000 1001 (Exhibit 3)

 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Ken (Kenneth) Solts *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on July 26, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with deliberate indifference to my fundamental rights, injured my enjoyment of practicing my religous liberties & acted with gross negligence in the malicious act of depriving me adiquate food, telling me to eat when population is fed or go without anything to eat; not allowing a tray of food, an extra lunch, or be able to keep a lunch past the time we inmates are to have it consumed, be put aside for me to consume at the end of my religous fast, which went from an hour before sunrise (dawn) to an hour after sunset (dusk), when Muslims get to have these accomidations for Ramadon. There by making me go without food for over 36 consecutive hours and discriminating aginst my Jewish religon.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. ~~Art~~ Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. ~~[illegible]~~ Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived me my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC §2000-cc and Idaho Const. Article I §4, §6 and Article XXI §19; went without food for over 36 consecutive hours causing phyisical hunger pains, discomfort, cramping, light headed, headach, weakness, dizzyness. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class by not being allowed to have accomidations for my Religous Holy Day when Christians, Muslims, Natives, and Pagans have accomidations for their Religous Day(s).

5. I seek the following relief: Punitive for the willful & malicious injury & conduct in denying my religous freedoms & showing me discrimination. Be provided adiquate nutrition in accordance with my religous & federal regulations; ~~[illegible]~~ to be consumed at end of fast & stop making me choose to practice my religon & not eat or eat with population & not practice my religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the Idaho Dept. of Corr. throughall steps. This is grievance number IC 15000001 (Exhibit 3)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Robert Black, who was acting as Chaplin, Volunteer Religous Coordinator
*(defendant)* *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center.
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on July 26, 2015, Defendant did
*(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Acted with delibrate indifference to my fundamental Rights, injured my enjoyment of practicing my Religous Liberties, & acted with gross Negligence in the malicious act of depriving me adiquate food, telling me to eat when population is fed or go without anything to eat; not allowing a tray of food, an extra lunch, or be able to keep a lunch past the time we inmates are to have it consumed, be put aside for me to consume at the end of my Religous Fast, which went from an hour before dawn to an hour after dusk, when Muslims get to have these accomidations for Ramadon. There by making me go without food for over 36 consecutive hours & discriminating aginst my Jewish Religon

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend I, Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Idaho Const. Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived me of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 U.S.C. §2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfort, nausiea, light headed, headach, weakness, & dizziness. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to have accomidations for my Religous Holy Day when Christians, Muslims, Natives, & Pagans have accomidations for their Religous Day(s). Also Deprived me of my Idaho Const. Rights under Articl I §4 §6 & Article XXI §19.

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. be Provided adiquate nutrition in accordance with my Religon & federal Regulations; to be consumed at end of Fast & stop making me choose to practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is grievance number IC 150001001 (Exhibit 3)