## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on July 26, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with deliberate indifference to my fundamental rights, injured my enjoyment of practicing my Religous liberties, & acted with gross negligence in the malicious act of depriving me adiquate food, telling me to eat when population is fed or go without anything to eat; not allowing a tray of food, an extra lunch or be able to keep a lunch past the time we inmates are to have it consumed, be put aside for me to consume at the end of my Religous fast, which goes from an hour before dawn to an hour after dusk, when Muslims get to have these accomidations for Ramadan. Thereby making me go without food for over 36 consecutive hours. & discriminating aginst my Jewish Religon.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend I, FREE EXERCISE Clause; Amend. VIII; Amend. XIV EQUAL PROTECTION CLAUSE; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO CONST. Article I §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC §2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausiea, lightheaded, headach, weakness, & dizzyness. Also endured discrimination anger, anguish, & humiliation by being made 2nd Class for not being allowed to have accomidations for my Religous Holy Day when Christians Muslims Natives, & Pagans have accomidations for their Religous Day(s). Violated my Idaho Const. Rights under Article I §4 §6 AND ARTICLE XXI §19

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. Be provided adiquate nutrition in accordance with my Religon & federal regulations to be consumed at end of fast & stop making me choose to practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

FOLLOWED THE GRIEVANCE POLICY OF Idaho Dept. of Corr. through all steps. This is grievance NUMBER IC 15000100 (EXHIBIT 3)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on July 26, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with delibrate Indifference to my fundamental Rights, injured my enjoyment of Practicing my Religous Liberties, and acted with gross Negligince in the malicious act of depriving me adiquate food, telling me to eat when population is fed or go without anything to eat; Not allowing a tray of food, an extra lunch or be able to keep a lunch past the time we inmates are requied to have it consumed, be put aside for me to consume at the end of my Religous fast, which goes from an hour before dawn to an hour after dusk, when Muslims get to have these accomidations for Ramadon. Thereby making me go without food for over 36 consecutive hours. & discriminating against my Jewish Religon

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend I, FREE EXERCISE Clause; Amend. VIII; Amend. XIV EQUAL PROTECTION CLAUSE; 42 USC § 2000-cc (RLUIPA), §1986, §1985; IDAHO Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC §2000-cc; Went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausiea, headach, light headed, dizzy, weakness. Also Endured discrimination, anger, anguish, & humiliation by being made 2nd Class for not being allowed to have accimidations for my Religous Holy Day when Christians, Muslims, Natives, & Pagans have accomidations for their Religous Day(s). Violated my Idaho Const rights under Article I §4 §6 And Article XXI §19

5. I seek the following relief: Punitive for Willful & Malicious injury & Conduct in denying my Religous freedom & showing me discrimination. Be Provided Adiquate Nutrition in accordance with my Religon & Federal Regulations to be consumed at end of fast & stop making me choose to Practice my Religon & Not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is grievance number IC15001001 (EXHIBIT 3)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ~~[illegible]~~ Robert Black *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on September 23, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with delibrate indifference to my fundamental Rights, injured my enjoyment of Practicing my Religons liberties, & Acted with gross Negligence in the malicious act of depriving me adiquate food, not allowing a tray of food, an extra lunch, or be able to keep a lunch past the time we inmates must have it consumed by; be put aside for me to consume at the end of my Religous fast, which began at about an hour after dusk on September 22, 2015 to an hour after dusk on September 23, 2015 when muslims get these accomodations for Ramadon. Thereby making me go without food for over 36 consecutive hours & showed me discrimination towards my Jewish Religon by telling me to eat when population is fed or go without anything to eat.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend. I free Exercise Clause; Amend. VIII; Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 § 4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amends. along with 42 USC §2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfert, cramping, lightheaded, dizzyness & weakness. Also endured discrimination anger, anguish, & humiliation for being made 2nd class by not being able to have accomidations for my Holy Day when Christians, Muslims, Natives, & Pagans do for theirs. Deprived me of my Idaho Const. Rights under Article I §4, §6 & Article XXI §19.

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be Provided adiquate food in accordance with my Religon & federal Regulations, stop making me choose between food & my Religon.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (P) Yes (X) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I was unable to file my grievance appeal on time due to going to segergation a day after I recieved my 1st & 2nd steps, for a bogus Displanary offense which was later dismissed, yet still tried to appeal as soon as I could, stating why I was late. Grievance # IC150001195 (EXHIBIT 4)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on September 23, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with deliberate indifference to my fundamental Rights, injured my enjoyment of Practicing my Religious Liberties, & Acted with gross negligence in the malicious act of depriving me adiquate food, not allowing a tray of food, an extra lunch, or be able to keep a lunch past the time we inmates must have it consumed by; be put aside for me to consume at the end of my Religious fast, which began at about an hour after dusk on September 22, 2015 to an hour after dusk on September 23, 2015, when Muslims get these accomidations for Ramadan. Thereby making me go without food for over 36 consecutive hours and Showed me discrimination towards my Jewish Religion by telling me to eat when population is fed or go without anything to eat, ~~[illegible]~~

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend I Free Exercise Clause; Amend VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 § 4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amends. Along with 42 USC § 2000-cc RLUIPA. Went without food for over 36 consecutive hours causing Physical hunger pains, discomfort, cramping, nausiea, Light headed, dizzyness, & weakness. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class by not having accomidations for my Religion when Christians, Muslims, Natives, & Pagans Do for theirs. Violated my Idaho Const. rights under Article I §4, §6 And Article XXI §19

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religious Freedoms & showing me discrimination; To be provided adiquate food in accordance with my Religion & federal regulations, Stop making me choose between food & my Religion.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (Y) Yes (X) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I was unable to file my grievance appeal on time due to going to segregation a day after I recieved my 1st & 2nd Steps, for a Bogus Disciplanary offense which was later dismissed, yet still tried to appeal as soon as I could, stating why I was late. (EXHIBIT 4)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on September 23, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Acted with deliberate indifference to my fundamental Rights, injured my enjoyment of Practice my Religous Liberties, & Acted with gross Negligence in the Malicious act of depriving me adiquate food; not allowing a tray of food, an extra lunch, or be able to keep my lunch past the time we inmates have to have it consumed; be put aside for me to consume at the end of my Religous Fast, which began at about an hour after dusk on September 22, 2015 to about an hour past dusk on September 23, when Muslims get these accomidations for Ramadon. Thereby Making me go without food for over 36 consecutive hours & Showed me discrimination towards my Jewish Religon by telling me to eat when population is fed or go without anything to eat.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1986, §1985; IDAHO Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amends. along with 42 USC § 2000-cc, went without food for over 36 consecutive hours causing physical hunger pains, discomfort, nausiea, dizzyness, light headed & weakness. Also endured discrimination anger, anguish, & humiliation for being made 2nd class by not having accomidations for my Religon when Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article I §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous Freedoms & showing me discrimination; To be Provided adiquate food in accordance with my Religon & federal Regulations stop making me choose between food & my Religon,

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes (X) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I was unable to file my grievance appeal on time due to going to Segregation a day after I recieved my 1st & 2nd steps for a bogus Disiplanary offense, which was later dismissed, yet still tried to appeal as soon as I could, stating why I was late. Grievance No. IC15 0001195 (EXHIBIT 4)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Janet Doe *(defendant)*, who was acting as Food Service Officer *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho Maximum Security Institute *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on December 25, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
At About 14:00 hours (2pm) I was served dinner by the unit-J Correctional Staff. When I asked if it was Pork, the staff told me that the kitchen did not send any 'NO-Pork' diets down so there isn't any Pork in it. However, the Food Service Officer knew that I was on a 'NO-Pork' diet by way of diet Requests, being told by staff, and my Computer Information System (CIS) file, along with Sending me 'NO-Pork' diets for other meals. Knowing that I was on a 'NO-Pork' diet and serving/sending me a main line tray that contained Roasted Pork, having hidden it below mash Potatoes and gravy, was done with malicious intent and complete deliberate ~~indifference~~ INDIFFERENCE to my NO-PORK Diet & Religous Laws.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. ~~Art~~ Article V, Amend. I FREE EXERCISE Clause; Amend. VIII, AMEND XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, § 6 Article I, § 19 Article XXI

4. I allege that I suffered the following injury or damages as a result:
DEPRIVED ME OF MY U.S. Const. Rights UNDER 1st, 8th, & 14th Amend. Along with Article I §4 & §6 with ARTICLE XXI §19 of the Idaho Const. & 42 USC §§ 2000-cc; violated my MIND, body, spirit, & Soul with my Religous FREEDOMS & Laws by dEFILING MY MIND, body, Spirit, & Soul IN making ME UNclean IN the deceitful malicious act of feeding me pork, which not only made ME UNclean but MADE MY STOMACH SO UPSET THAT I had SEVERE painful cramps IN my DIGESTIVE TRACK.

5. I seek the following relief: Punitive For the willful & MALICIOUS injury & Conduct of deceiving ME & Making ME violate ONE of the most Holiest Laws of MY FAITH. To Give the correct DIET For the "Holidays" unless MAIN LINE is REQUESTED INSTEAD OF Giving MAIN LINE unless you REQUEST your Diet For the "HOLIDAY"

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed The grievance policy of THE IDAHO Dept. of Corr. Through all Steps. This is grievance Number IM160000056 (EXHIBIT 5)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing JOHN DOE *(defendant)*, who was acting as Correctional officer *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho Maximum Security Institute *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on DECEMBER 25, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with Malicious deliberate indifference to my Religion & diet when I was deceived into eating PORK which violates my Religous laws. When at about 14:00 hours (2pm) on Unit TEIR 3 I was in Cell 65 when officers Jane Doe & John Doe came up to my Cell door to pass out dinner. On My door next to my name was written 'NO-PORK', Meaning that I was on a No-Pork diet. When Jane Doe opened my bean slot, the hole on the Cell door where they hand you your food, I asked if there was Pork in it. Jane Doe Replied that there was Not a No-Pork diet for this Meal. I Asked what the Meat was because Im Jewish & cant eat Pork, & all I could tell was that it was a slab of white Meat that looked like turkey. John Doe, along with Jane Doe said that it was probably turkey. I Asked if they Could find out & they both said No & For Me to Just eat the Meal. That they were Not calling down to the kitchen that no one is there for its Closed & that there is Not a NO-Pork diet for this Meal, then John Doe slams my bean Slot shut.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V, Amend. I FREE EXERCISE CLAUSE; Amend. VIII, AMEND XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. §4, §6 of Article 1, §19 of Article XXI

4. I allege that I suffered the following injury or damages as a result: DEPRIVED ME OF MY US Const Rights UNDER 1, 8, & 14 Amend, Along with §4 §6 of ArticleI & §19 of Article XXI of the Idaho Const. & 42 USC § 2000-cc; Violated my mind, body, spirit & soul along with my religous Freedoms & Laws by deFiling MY MIND, BODY, SPIRIT & Soul in the Malicious deceitful act of feeding me Pork, which not only made me unclean but made my Stomach so upset that it gave me severe painful Cramps in my digestive Track.

5. I seek the following relief: Punitive for the Willful & Malicious injury & Conduct of deceiving me & making me violate ONE OF THE MOST Holiest Laws of my Faith. To Give the Correct diet for the "Holiday" unless Mainline is Requested Instead of giving Mainline unless you request your Diet For the "HOLIDAY"

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the IDAHO Dept. of CORR. Through all Steps. This is grievance NUMBER IM160000056 (EXHIBIT 5)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Jane Doe *(defendant)*, who was acting as Correctional Officer *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho Maximum Security Institute *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on December 25, 2015 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with malicious deliberate indifference to my religion & diet when I was deceived into eating pork which violates my religious laws when at about 14:00 hours (2pm) on J-Unit Tier 3 I was in my cell 65 when officers Jane Doe & John Doe came up to my cell door to pass out dinner. On my door next to my name was written 'No-Pork', Meaning that I was on a No-Pork diet. When Jane Doe opened my bean slot, the hole in the cell door where they hand you your food, I asked if there was pork in it. Jane Doe replied that there was not a No-Pork diet for this meal. I asked what the meat was because Im Jewish & cant eat pork & all I could tell was that it was a slab of white meat that looked like turkey. Jane Doe, along with John Doe said that it was probably turkey. I asked if they could find out & they both said No & for me to just eat the meat. That they were not calling down to the kitchen, that no one is there for its closed & that there is not a No-Pork diet for this meal, then John Doe slams my bean slot shut.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. §4, §6 of Article 1, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived me of my US Const. Rights under 1, 8, & 14 Amend. Along with §4 §6 of Article I & §19 of Article XXI of Idaho Const. & 42 USC §2000-cc; violated my mind, body, spirit, & soul along with my religious freedoms & laws by defiling my mind, body, spirit, & soul in the malicious act of feeding me pork, which not only made me unclean but made my stomach so upset that it gave me severe painful cramps in my digestive track.

5. I seek the following relief: Punitive for the willful & malicious injury & conduct of deceiving me & making me violate one of the most holiest laws of my faith. To give the correct diet for the "Holiday" unless mainline is requested instead of giving mainline unless you request your diet for the "Holiday"

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the Idaho Dept. of Corr. through all steps. This is grievance number IM 160000056 (Exhibit 5)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Dennis Frick *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho Maximum Security Institute. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on February 5, 2016 *(dates)*, Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On the above date responded to my grievance on being fed Pork on December 25, 2015. In responce Mr. Frick showed deliberate indifference to me being fed Pork and to the fact that it is aginst my religion to eat Pork. Dennis Frick stated that a memo went out at Idaho Maximum Security Institute about the "Christmas" meal on December 1, 2015 and that I got to Idaho Maximum Security Institute on December 18, 2015. That therefore I was informed of the meal/portions, even though I arrived 17days after the memo was past out, and that when I received my meal I failed to inform Food Services of me being on a 'No-Pork' diet even though Mr. Frick stated, "We [Food Service] only see the No-Pork diet in the Computer Program CIS."

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, §6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result:
Deprived me of my US Const. Rights under 1st, 8th, & 14th Amend., Along with §4 §6 of Article I & §19 of Article XXI of the Idaho Const. & 42 USC §2000-cc, Violated my mind, body, soul, & spirit along with my Religous Freedoms + Laws by defiling my mind, body, soul, & sprit in the malicious deceitful act of feeding me Pork, which not only made me unclean but made my stomach so upset that it gave me severe painful cramps in my digestive track.

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct of deceiving me & making me violate one of the most Holiest Laws of my Faith. To Give the Correct diet for the "Holiday" unless Mainline is requested instead of giving mainline unless you request your diet for the Holiday."

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the Idaho Dept. of Corr. through all steps. This is grievance number IM160000056 (EXHIBIT 5)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Susan Wessels *(defendant)*, who was acting as Deputy Warden *(Job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho Maximum Security Institute. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on February 18, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On the above date Respondes to my Grievance on being fed a pork diet on December 25, 2015 & in doing so respondes with deliberate indifference to the whole process & the fact that I was fed unclean / Prohibited food within my Religon. Ms. Wessels states that I did not follow Standard Operational Policy 404.02.01.003, when in fact I did. Ms. Wessels also shows complete malicious negligence to my Religous issue, for Ms. Wessels just moved over to Idaho Maximum Security Institute from Idaho State Correctional Center, and knows that I have been having issues with my Religous freedoms. Therefore she shows complete deliberate indifference to my issues for she did not investigate my complaint, for if she did she would have seen all my diet requests & where it shows that I informed Food Services on December 18, 2015 when I first arrived.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, § 6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result:
Deprived me of my U.S. Const. Rights under 1st, 8th, & 14th Amend. Along with §4 §6 of Article I & §19 of Article XXI of the Idaho Const. & 42 USC § 2000-cc; Violated my mind, body, spirit, & soul with my Religous Freedoms & Laws by defiling my mind, body, spirit, & soul in making me unclean in the deceitful malicious act of feeding me pork, which not only made me unclean but made my stomach so upset that I had severe painful cramps in my digestive track.

5. I seek the following relief: Punitive for the willful & malicious injury & conduct of deceiving me & making me violate one of the most Holiest Laws of my faith. To give the correct diet for the "Holiday" unless main line is requested instead of giving main line unless you request your diet for the "Holiday."

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the Idaho Dept. of Corr. through all steps. This is grievance number IM160000056 (Exhibit $)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Michael Hartwick (*defendant*), who was acting as Chaplin, Volunteer Religous Coordinator (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on March 22, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Showed & acted with delibrate indifference, gross negligence, & malicious intent towards my religous needs when I went down to talk to the Chaplin about my religous fast the following day & how I had not heard anything back yet & asked the Chaplin Mike Hartwick if I was going to have accomidations like the Muslims get for Ramadan. Chaplin Mike Hartwick's reply was that Chaplin Rob Wright was working on it but was not in "today" & that he, Chaplin Hartwick, did not know what was going on & asked me what I wanted him to do about it. I responded that I would like him to contact Deputy Warden Timothy McKay by phone or email so I could know if I was getting accomidations. Chaplin Mike Hartwick states, "Why you telling me? It's Chaplin Wright's thing & he's not here." I reply that since Chaplin Wright was not in, then it became his responciblity to help me since he's the one representing IDOC at the moment. Chaplin Mike Hartwick states, "I'm not doing anything." Then tells me that he's done discussing this then goes into the chaple office.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V Amend. I Free Exercise Clause; ~~VIII~~ VIII; XIV Equal Protection Clause; 42 USC §2000-cc, ~~§1983~~ §1985, §1986; Idaho Const. Articl I §4, §6, Article XXI §19.

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. rights under 1st, 8th, & 14th Amend, as well as Idaho Const. Article I §4, §6, Article XXI §19 and 42 USC §2000-cc; Went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausiea, light headed, dizzyness, weakness, & headach. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class for not being allowed to have accomidations for my religious Holy Day when Christians, Muslims, Natives, & Pagans have accomidations for their religons.

5. I seek the following relief: Punitive for the willful & malicious injury & conduct in denying my religous freedoms & showing me discrimination. To be provided adiquate nutrition in accordance with my religon & Federal Regulations to be consumed at the end of Fast; stop making me choose to practice my religon & not eat or eat with population & not practice my religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followe the grievance policy of Idaho Dep. of Corr. through all steps. This is grievance number IC160000352 (EXHIBIT 6)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright (defendant), who was acting as Chaplin, Volunteer Religous Coordinator (job title, if a person; function, if an entity) for the Idaho Department of Corrections Idaho State Correctional Center (state, county, city, federal government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on March 23, 2016 (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Acted with delibrate indifference to my fundamental Rights, injured my enjoyment of Practicing my Religous Liberties, and acted with gross negligence in the malicious act of depriving me of adiquate food; not allowing me to have an extra lunch or keep a lunch past the time we inmates have to have it consumed; or have a tray set aside for me to consume after my Religous fast, which began an hour before dawn to an hour after dusk, when Muslims get this type of accomidations for the Month of Ramadan. There by making me go without food for over 36 consecutive hours and discriminated aginst my Jewish Religon telling me to eat when population is fed (and not practice my Religon) or go without anything to eat (and practice my Religon)

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amends. Along with 42 U.S.C. § 2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausea, headach, light headed, dizzyness & weakness. Also endured Discrimination, anger, anguish, & humiliation for being made 2nd Class for not being allowed to have accomidations for my Religous Holy Day when Christians, Muslims, Natives, & Pagans have accomidations for their Religous Day(s). Also deprived my Idaho Const. Rights under Article 1 §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous Freedoms & showing me discrimination. Be Provided adiquate nutrition in accordance with my Religon & federal Regulations to be consumed at the end of fast & stop making me choose to practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followe the grievance policy of Idaho Dept. of Corr through all steps. this is grievance number IC160000352. (EXHIBIT 6)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ~~David~~ David Deitz, who was acting as Lieutenant
*(defendant)* *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center.
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on March 23, 2016, Defendant did
*(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Acted with Delibrate indifference to my fundamental Rights, injured my enjoyment of Practicing my Religous Liberties, and acted with gross Negligence in the malicious act of depriving me of adiquate food; not allowing me to have an extra lunch or keep a lunch past the time limit we inmates have to consume it or have a tray set aside for me to ~~eat~~ consume after my Religous fast, which began an hour befor dawn to an hour after dusk, when Muslims get this type of accomidations for the Month of Ramadon. There by making me go without food for over 36 consecutive hours and discriminating against my Jewish Religon telling me to eat when population is fed (and not practice my Religon) or go without anything to eat (and practice my Religon)

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I FREE EXERCISE CLAUSE; AMEND. VIII; AMEND. XIV EQUAL PROTECTION CLUSE; 42 USC § 2000-cc RLUIPA; § 1985; § 1986; Idaho Const. Article 1 § 4, § 6, Article XXI § 19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amends, along with 42 USC § 2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausea, light headed, dizzyness, & weakness. Also endured discrimination, anger, anguish & humiliation for being made 2nd Class for not being allowed to have accomidations for my Religous Holy Days when Christians, Muslims, Natives & Pagans have accomidations for their Religon. Violated my Idaho Const. Rights under Article 1 § 4 § 6 & Article XXI § 19

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my Religous Freedoms & showing me discrimination. Be Provided adiquate food in accordance with my Religon & Federal Regulations to be ate at end of fast, stop making me choose to practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
FOLLOWED THE GRIEVANCE POLICY OF THE IDAHO Dept. of Corr. THROUGH ALL STEPS. THIS IS GRIEVANCE NUMBER IC 16000352, (EXHIBIT 6)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on March 23, 2016 *(dates)*, Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Acted with deliberate indifference to my fundamental Rights, injured my enjoyment of practicing my Religous liberties, and acted with gross negligence in the Malicious act of depriving me adiquate food; not allowing me to have an extra lunch or keep a lunch past the time we inmates have to have it consumed, or have a tray set aside for me to consume after my Religous Fast, which was from an hour before dawn to an hour after dusk, when Muslims get this type of accomidations for the Month of Ramadon. There by Making me go without food for over 36 consecutive hours and discriminating aginst my Jewish Religon telling me to eat when population is fed (and not practice my Religon) or go without food to eat (and practice my Religon.)

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article VI Amend. 1 FREE EXERCISE CLAUSE; Amend. VIII; Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO STATE Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amends. along with 42 USC §2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausiea, light headed, headach, dizzyness, & weakness. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class for not being allowed to have accomidations for my Religous Holy Day when Christians, Muslims, Natives, & Pagans have accomidations for their Religous Day(s). Violated my Idaho Const. Rights under Article I §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. Be provided adiquate Nutrition in accordance with my Religon & federal Regulations to be consumed at the End of Fast. Stop Making me choose to Practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of Idaho Dept. of Corr through all steps. This is grievance number IC 160000352 (EXHIBIT 6)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades (*defendant*), who was acting as Warden (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corrections Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on March 23, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Acted with delibrate indifference to my fundamental Rights, injured my enjoyment of practicing my Religous liberties and acted with Gross negligence in the malicious act of depriving me adiquate food; not allowing me to have an extra lunch or ~~keep~~ keep a lunch past the time we inmates have to have it consumed; or have a tray set aside for me to consume after my religous fast, which was from an hour before dawn to an hour after dusk, when Muslims get this type of accomidation for the month of Ramadan. There by making me go without food for over 36 consecutive hours and discriminated against ~~me~~ my Jewish Religon telling me to either eat when population is fed (which would keep me from practicing my Religon, or practice my Religon) or go without anything to eat.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V, Amend. I, free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S Const. Rights under 1st, 8th, & 14th Amends. along with 42 USC § 2000-cc; went without food for over 36 consecutive hours causing physical hunger pains, discomfort, cramping, nausea, light headed, dizzyness, weakness, & headach. Also endured discrimination, anger, anguish, & humilation for being made 2nd Class for not being allowed to have accomidations for my Religous Holy Days when Christians, Muslims, Natives & Pagans have accomidations for their religous Day(s). Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for the Willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. Be provided adiquate nutrition in accordance with my Religon & federal Regulations to be consumed at the End of fast. Stop making me choose to practice my Religon & not eat or eat when population is fed & not practice my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of the Idaho Dept. of Corr. through all steps. This is grievance number IC160000352 (EXHIBIT 6)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center Food Service Contractor Trinity Food Services *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 23, 2016 *(dates)*, Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 23, 2016 at Idaho Dept. of Corr. Idaho State Correctional Center, I was made to go without food because Phil Luvisi, Food Service Manager for Idaho Dept. of Corr. Idaho State Corr. Center Food Contractor, Trinity Food Services, Refused to allow a tray or bag of food that were to be my "accomidations" for Passover, to be made without any leaven foods for my Holy Days of Passover. Thereby making me go without anything to eat for breakfast, lunch, & dinner. In doing so acted in deliberate indifference to my fundamental Right & Religious Liberty enjoyment of practicing my Religious laws & acted with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religious laws & discriminated against my Jewish faith by giving Muslims accomidations for Ramadon & making a Special meal for Christmas – a Christian Holiday, along with putting up a Christmas Tree up in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. I, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 § 4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my rights under U.S. Const. 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 24 consecutive hours, which began at 6pm April 22, which caused physical hunger pains, discomfort, cramping, nausea, lightheaded, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd class by not being able to have accomidations for my Holy Days when Christians, Muslims, Pegans, Natives do. Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: To be provided adiquate food in accordance with my Religion; stop making me chose between following my Religious laws & going without food or Not eat Just remove the forbidden foods & not follow my Religion. Punitive for willful & malicious injury & conduct in denying my Religious freedoms & showing Discrimination

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 23, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Made me go without food because Rob Wright Refused to allow the bag of food for my "accomidations" to be made without any leaven foods for for my Holy Day's of PASSOVER. Thereby making me go without anything to eat for breakfast lunch, and dinner. In doing so acted with ~~dele~~ deliberate Indifference to my fundamenta Right & Religous Liberty enjoyment of practicing my Religon, which was done with gross negligence in the Malicious act of depriving me adiquate food in accordance with my Religous laws & discriminated against my Jewish faith by accomidating Muslims for Ramadan and having a special meal made for Christmas, A Christian Holiday, along with putting up a Christmas tree in the Chow hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. ~~Art~~ Article V, Amend. I FREE EXERCISE CLAUSE; Amend. VIII, AMEND XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § ~~4~~, §6 Article 1, §19 Article XXI

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const rights under 1st, 8th, & 14th Amend. Along with Article 1 §4 §6 & Article XXI §19 Idaho Const. & 42 USC §2000-cc; Went without food for 24 consecutive hours which began at 6pm April 22 & caused physical Hunger pains, discomfort, cramping, nausiea, lightheaded, dizzyness, weakness. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to have accomidations, or be able to order things like the Messionic Jews had, for my Holy Days when Christians, Muslims, Natives, & Pagans Do for theirs.

5. I seek the following relief: Punitive for Willful & Malicious injury & conduct in denying my religous Freedoms & showing discrimination. BE Provided adiquate food in accordance with my religon, Stop making me choose to follow my Religous laws & Not eat or eat without touching the Forbidden Foods & Not Follow my Religon.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the IDAHO Dept. of Corr. Through all Steps. This is grievance Number IC160000404 & IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 23, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 23, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food because Timothy McKay, Deputy Warden refused to allow the bag of food for my "accomidations" to be made without any leaven foods for my Holy Days of Passover. There by making me go without anything to eat for breakfast, Lunch, and Dinner. In doing so acted with delibrate indifference to my fundamental Rights & Religous Liberty enjoyment of practicing my Religon, which was done with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religous laws & discriminated against my Jewish Faith by giving Muslims accomidations for Ramadan & having a Special Meal made for Christmas - a christian Holiday, along with putting up a Christmas Tree in The Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend, along with 42 USC § 2000-cc; went without food for over 24 consecutive hours, which began at 6pm April 22, & caused Physical hunger Pains, discomfort, cramping, nausea, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd class by not being allowed to have accomidations or be able to order thing for my Holy Days when the Messianics, Christians, Muslims, Natives, & Pagans do for theirs, violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my religion; stop making me choose to follow my Religous laws & not eat or eat without "touching" the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades (*defendant*), who was acting as Warden (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 23, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 23, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food because Warden Randy Blades refused to allow the bag of food for my "accomidations" to be made without any leaven foods. Thereby making me go without anything to eat for breakfast, lunch, & dinner for my Holy Day of Passover. In doing so acted with deliberate indifference to my fundamental Right & Religous liberty enjoyment of practicing my Religon. Acted with gross negligence as well in the malicious act of depriving me adiquate food in accordance with my Religous laws & discriminating against my Jewish faith by accomidations Ramadan for Muslims & having a Special Meal made for Christmas—a Christian Holiday, along with putting up a Christmas tree in the chow hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V, Amend. 1, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC §2000-cc (RLUIPA), §1985, §1986; IDAho Const. Article 1 §4 §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my Const. Rights under 1st, 8th, & 14th Amend., along with 42 USC §2000-cc; went without food for over 24 consecutive hours, which began at 6pm April 22, which caused physical hunger pains, discomfort, cramping, nauseia, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd class by not being allowed to have accomidations or be able to order things, for my Holy days when the Messionics, Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article I §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (Exhibit 7 & Exhibit 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi (*defendant*), who was acting as Food Service Manager (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center Food Service Contractor Trinity Food Services. (*state, county, city/federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 24, 2016 (*dates*), Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 24, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 2nd consecutive day because Phil Luvisi food Service Manager of ~~Idaho~~ Idaho Dept. of Corr. Idaho State Corr. Center's food Contractor, Trinity food Services, Refused to allow a tray or a bag of food that were to be my "accomidations" for Passover, to be made without any Leaven foods for my Holy Days of Passover, thereby making me go with out anything to eat for the 2nd consecutive day for breakfast, lunch, & dinner. In doing so acted in deliberate indifference to my fundamental Right & Religous Liberty enjoyment of Practicing my Religon ~~[illegible]~~ acted with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religous laws. & discriminated against my Jewish faith by accomydating Ramadan for Muslims & cooking a special meal for Christmas - a Christian Holiday, & Allowing a Christmas TREE in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend I, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 U.S.C. §2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 48 consecutive hours, which began at 6pm on April 22, causing physical hunger pains, discomfort, cramping, nauseia, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, humilation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Pegans, & Natives do. Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my Religous Freedoms & showing me discrimination. To be Provided adiquate food in accordance with my Religon; stop making me choose to follow my Religon & not eat or eat without touching the forbidden food & not follow my Religous laws.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ⦿ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC 160000464 and IC 160000695 (EXHIBIT 7 & EXHIBIT 8)