## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 24 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 24 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 2nd consecutive day because Rob Wright Chaplin of Idaho Dept. of Corr. Idaho State Corr. Center refused to allow the bag of food for my "accomidation" to be made without any leaven foods for my Holy Days of Passover. Thereby making me go without anything to eat for breakfast, lunch, & dinner for the 2nd consecutive day. In doing so acted in deliberate indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon, which was done with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish Faith by accomidating Ramadan for Muslims & having a special meal made for Christmas, a Christian Holiday; along with putting up a Christmas TREE IN THE CHOW HALL.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, 14th Amend. along with 42 USC § 2000-cc; went without food for over 48 consecutive hours beginning at 6pm April 22 causing physical hunger pains, discomfort, cramping, light headed, weakness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to have accomidations, or be able to order things for my Holy Days as the Messionics had & the Christians, Muslims, Natives, & Pagans do for theirs. Deprived my Idaho Const. Rights under Article I §4, §6, Article XXI §19.

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all Steps. This is grievance numbers IC160000464 & IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 24, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 24, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 2nd consecutive day because Deputy Warden Timothy McKay Refused to allow a bag of food for my "accomidations" to be made without any leaven foods for my Holy Days of Passover. There by making me go without anything to eat for breakfast, lunch, & dinner for the 2nd consecutive day. In doing so acted with delibrate indifference to my fundamental right & Religous Liberty enjoyment of practicing my religon. Acted as well with gross negligence in the malicious act of depriving me adiquate food in accordance with my religous laws, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a special meal made for Christmas, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 §6, §4, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 48 consecutive hours which began at 6pm on April 22 causing physical hunger pains, discomfort, cramping, nauseia, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd class by not being allowed to have accomidations or be able to order things for my Holy Days as the Messianics had & the Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for the willful & malicious injury & conduct in denying my religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my religon; stop making me choose to follow my religous laws & not eat or eat without touching the forbidden foods & not follow my religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 24, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 24, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 2nd consecutive day because Warden Randy Blades refused to allow a bag of food for my "accomidations" to be made without any leaven food, for my Holy Day of Passover. Thereby making me go without anything to eat for breakfast, lunch, & dinner for the 2nd consecutive day. In doing so acted with deliberate indifference to my fundamental right & religous liberty enjoyment of practicing my religon. Acted with gross negligence as well in the malicious act of depriving me adiquate food in accordance with my religous laws, & ~~[illegible]~~ discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a special meal made for Christmas, a Christian Holiday; along with putting up a Christmas tree in the chow hall

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V, Amend. I, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. Along with 42 USC §2000-cc; went without food for over 48 consecutive hours beginning at 6pm April 22 causing physical hunger pains, discomfort, cramping, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made a 2nd class by not being allowed to have accomidations or be able to order things for my Holy Days as the Messianics had, & the Christians, Muslims, Natives, and Pagans do for theirs. Violated my Idaho Const. rights under Article 1 §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my religion; stop making me choose to follow my religous laws & not eat or eat without touching the forbidden foods & not follow my religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as food SERVICE ManagER *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center FOOD Service Contractor TRINITY FOOD SERVICES. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 25, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 25, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 3rd consecutive day because Phil Luvisi food Service ManagER of Idaho Dept of Corr. Idaho State Corr. Center's food Contractor TRinity food SERVICES Refused to allow a tray or bag of food that were tobe my "accomidations" for Passover, to be made without any leaven foods for my Holy Days of Passover. thereby making me go without anything to eat for the 3rd Consecutive day for breakfast, lunch, & dinner. IN doing so acted in delibrate indifference to my fundamental right & Religous liberty enjoyment of practicing my Religon, ~~[illegible]~~ also acted with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous laws, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & Cooking a Special meal for Christmas, a Christian Holiday, along with allowing a Christmas TREE in the CHOW HALL

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V Amend. I, FREE EXERCISE Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 U.S.C. § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 U.S.C. §2000-cc; went without food for over 72 consecutive hours beginning at 6pm April 22 causing physical hunger pains, discomfort, cramping, nauseia, light headed, weakness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article 1 §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religion; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

**C. DEFENDANT(S) AND CAUSE(S) OF ACTION**

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ROB WRIGHT *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 25, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 25, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 3rd Consecutive day because Rob Wright Chaplin of Idaho Dept. of Corr. Idaho State Corr Center refused to allow the bag of food for my "accomidation" to be made without any leaven foods for my Holy Days of Passover. thereby Making me go without food anything to eat for breakfast, lunch, & dinner for the 3rd consecutive day. In doing so acted in delibrat indifference to my fundamental right & Religous liberty enjoyment of practicing my religon which was done with malicious gross Negligence in the Malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a Special Meal made for Christmas, a Christian Holiday, along with putting up a CHRISTMAS TREE IN THE CHOW HALL.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V AMEND. I FREE EXERCISE CLAUSE; AMEND. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 § 4 & 6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Depraved of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 U.S.C. § 2000-cc; went without food for over 72 consecutive hours beginning at 6pm April 22 causing physical hunger pains, discomfort, cramping, light headed, weakness, & weight loss. Also Endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to have accomidations, or be able to order things for my Holy Days as the Messionics had, & the Christians, Muslims, Natives, and Pagans do for theirs. Deprived of my Idaho Const. Rights under Article I §4 & 6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be Provided adiquate food in accordance with my Religon; Stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC 160000404 and IC 160000695 (EXHIBIT 7 & EXHIBIT 8)



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 25, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 25, 2016 at Idaho Dept. of Corr Idaho State Corr. Center, I was made to go without food for the 3rd consecutive day because Deputy Warden Timothy McKay refused to allow a bag of food for my "accomidations" to be made without any leaven foods. There by making me go without anything to eat for breakfast, lunch, and dinner, on this Holy Day of Passover, and 3rd consecutive day. In doing so acted with delibrate indifference to my fundamental right & Religious Liberty enjoyment of practicing my religon. Acted as well with gross negligence in the mallicious act of depriving me adiquate food in accordance with my Religous laws, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a special meal made for Christmas, a Christian Holiday, along with putting up a Christmas tree in the chow hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 72 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nauseia, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class by not being allowed to have accomidations or be able to order things for my Holy Days as the Messionics had, & the Christians, Musums, Natives, and Pagans do for theirs. Violated my Idaho Const Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my Religious freedoms & showing me discrimination; to be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 25, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: I was made to go without food for the 3rd consecutive day because Warden Randy Blades REFUSED to allow a bag of food for my "accomidations" to be made without any leaven food for my Holy Days of Passover. THERE By making me go without anything to eat for breakfast Lunch, and Dinner for the 3rd Consecutive day. In doing so acted with deliberate indifference to my fundamental Right & Religous Liberty Enjoyment of Practicing my Religon. Acted with gross NEGLIGENCE AS WELL in the Malicious act of dEPRIVING me adiquate food in accordance with my Religous laws and discriminated against my Jewish Faith by accomidating Ramadan for Muslims and having a special meal made for Christmas, a Christian Holiday, along with putting up a Christmas TREE in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend I, FREE EXERCISE Clause; Amend. VIII; Amend. XIV EQUAL PROTECTION CLAUSE; 42 USC § 2000-cc (RLUIPA), § 1985, § 1986; Idaho Const. Article 1 § 4, § 6, Article XXI § 19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. with violating my Rights under Idaho Const. Article I § 4, § 6 and Article XXI § 19 along with 42 USC § 2000-cc; went without food for OVER 72 CONSECUTIVE Hours beginning 6pm April 22 causing physical hunger PAINS, discomfort, cramping, nausiea, Light headed, weakness, dizzyness, & weight Loss. Also ENDURED discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as the Christians, Muslims, Natives, & PAGANS do for theirs.

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in DENying my Religous FREEDOMS & showing me discrimination. To be Provided adiquate food in accordance with my religon; stop making me choose to follow my Religous Laws & Not eat or eat without touching the forbidden Foods & Not Follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
FOLLOWED THE GRIEVANCE POLICY OF. Id AHO Dept. of Corr. through all steps. This is grievance NUMBER IC160000404 and IC160000895 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food SERVICE ManagER *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Correctional CenteR Food SERVICE Contractor *(state, county, city, federal government, or private entity performing a public function)* TRINITY FOOD SERVICES

2. *(Factual Basis of Claim)* I am complaining that on April 26, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 26, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 4th consecutive day because Phil Luvisi, food service ManageR of Idaho Dept of Corr. Idaho State Corr. Center's food Contractor Trinity Food Services, Refused to allow a tray, or bag of food that were to be my "accomidations" for Passover, to be made without any leaven foods for my Holy Days of Passover. Thereby making me go without anything to eat for the 4th consecutive day for breakfast, Lunch, & dinneR. In doing so acted in deliberate indifference to my fundamental Right & Religous liberty enjoyment of practicing my Religon, ~~also~~ also acted with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous laws, discriminated aginst my Jewish faith by accomidating Ramadan & Cooking a special meal for Christmas — a Christian Holiday, allowing a Christmas TREE in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V, Amend. I, free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC §2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 §6, §4, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights UndeR 1st, 8th, & 14th Amend. along with 42 U.S.C. §2000-cc: went without food for oveR 96 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, Cramping, nausiea, light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and pagans do for theirs. Violated my Idaho Const. Rights undeR Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & Showing me discrimination. To be provided adiquate food in accordance with my Religon, stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance numbeR IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright (*defendant*), who was acting as Chaplin, Volunteer Religous Coordinator (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 26, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 26, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 4th consecutive day because Rob Wright, Chaplin of Idaho Dept. of Corr. Idaho State Corr. Center refused to allow the bag of food for my "accomidation" to be made without any leaven foods for my Holy Days of Passover. There by making me go without anything to eat for breakfast, lunch, & dinner for the 4th consecutive day. In doing so acted in delibrate indifference to my fundamental Right & Religous Liberty enjoyment of practicing my ~~religous~~ Religon which was done with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religons laws, discriminated against my Jewish faith by accomidating Ramadon for Muslims & having a ~~[illegible]~~ special meal made for Christmas, a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause' Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 ~~[illegible]~~ §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Depreved of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 96 consecutive hours beginning at 6pm ~~on~~ April 22 causing physical hunger pains, discomfort, cramping, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish & humiliation for being made 2nd class by not being allowed to have accimidations or be able to order things for my Holy Days as the Messianics had & the Christians, Muslims, Natives, and Pagans do for theirs. Deprived my Idaho Const. Rights under Article I §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & Conduct in denying my Religous Freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000495 (Exhibit 7 & Exhibit 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay (*defendant*), who was acting as Deputy Warden (*job title, if a person; function, if an entity*) for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 26, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 26, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 4th Consecutive day because Deputy Warden Timothy McKay Refused to allow a bag of food for my "accomidations" for my Holy Days of PASSOVER to be made without any Leaven foods. There by making me go without anything to eat for breakfast, lunch, & dinner for the 4th Consecutive day. IN doing so acted with delibrate INdifference to my fundamental Right & Religous liberty enjoyment of practicing my Religon. Acted as well with gross Negligence IN the malicious act of depriving me adiquate food in accordance with my Religous laws, & discriminated against my Jewish faith by giving accomidations for Ramadan for Muslims & allowing a Special meal for Christmas, a Christian Holiday, along with putting up a Christmas TREE in THE CHOW HALL.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free EXERCISE Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, ~~§1986~~ §1986; IDAHO Const. Article 1 § 4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 U.S.C. § 2000-cc; went without food for over 96 consecutive hours beginning 6 pm April 22 causing physical hunger pains, discomfort, cramping, Nausiea, Light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd Class by not being allowed to have accomidations or be able to order things as the Messionics had for my Holy Days & Christians, Muslims, Natives, & Pagans Do for theirs. Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be Provided adiquate food in accordance with my Religion, stop making me choose to follow my Religous laws & Not eat or eat without touching the forbidden foods & Not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of ~~the~~ Idaho Dept. of Corr through all steps. this is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 26, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 26, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 4th consecutive day because Warden Randy Blades refused to allow a bag of food for my "Accomidations" to be made with out any leaven food for my Holy Days of Passover. Thereby making me go without anything to eat for breakfast, lunch, & Dinner for the 4th consecutive day. In doing so acted with Deliberate Indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon. As well acted with grass Negligence in the Malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish Faith, by accomidating Ramadan & allowing a Special meal for Christmas, a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V Amend. 1, & Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 96 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausea, light headed, weakness, dizzyness & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class by not being allowed to order things as the Messieonics had, or have accomidations for my Holy Days as the Christians, Muslims, Natives and Pagans Do for theirs. Violated my Idaho Const. rights under Article 1 §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicous injury & conduct in denying my Religous freedoms & showing me discrimination, To be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC16000464 and IC16000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center Food Service Contractor Trinity Food Services. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 27, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On April 27, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 5th consecutive day because Phil M. Luvisi, Food Service Manager of Idaho Dept. of Corr. Idaho State Corr. Centers Food Contracter Trinity Food Services, Refused to allow a tray, or bag of food that were to be my "accomidations" for Passover, to be made without any Leaven foods for my Holy Days Passover; there by making me go without anything to eat for the 5th consecutive day for breakfast, Lunch, & dinner. In doing so acted with delibrate Indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon, also acted with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws. & discriminated against my Jewish Religon by accomidating Ramadon for Muslims & Cooking a Special Meal for Christmas, a Christian Holiday, along with allowing a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

US Consti Article V, Amend. 1, free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA) §1985, §1986; IDAHO Consti Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC. § 2000-cc. went without food for over 120 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausea, light headed, dizzyness, weakness, & weightless. Also endured discrimination, anger, anguish & humiliation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my Religous freedoms & showing me discrimination. to be provided adiquate food in accordance with my Religous Laws, stop making me choose to follow my Religous Laws & not eat or eat without touching the forbidden food & not follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

Followed the grievance policy of Idaho Dept. of Corr through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 27, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
on April 27, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 5th consecutive Day because Rob Wright Chaplin of Idaho Dept. of Corr. Idaho State Corr. Center, Refused to allow the bagg food for my "accomidation" to be made without any leaven foods for my Holy Days of Passover. There by making me go without anything to eat for breakfast, Lunch, & dinner for the 5th Consecutive day. In doing so acted with deliberate Indifference to my fundament Rights & Religous Liberty enjoyment of practicing my Religon, which was done with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & having a Special meal for Christmas, a Christian Holiday, along with putting up a Christmas TREE in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc, Went without food for over 120 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, nausiea, cramping, lightheaded, weakness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to order things as the Messionics had or have accomidations for my Holy Days as Christians, Muslims, Natives, & Pagans do for theirs. Deprived my Idaho Const. Rights under Article I §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & Conduct in denying my Religous freedoms & showing me discrimination. to be Provided adiquate food in accordance with my Religon; Stop making me chose to follow my Religous laws & not eat or eat without touching the forbidden food & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC 160000404 and IC 160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy Warden *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 27, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 27, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 5th consecutive Day because Deputy Warden Timothy McKay Refused to allow a bag of food for my "accomidations" for my Holy Days of Passover, to be made without any leaven foods. There by making me go without anything to eat for breakfast, lunch, & dinner for the 5th consecutive Day. In doing so acted with delibrate indifference to my fundamental Right & Religious Liberty enjoyment of practicing my Religion. Acted as well with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous laws, & discriminated against my Jewish faith by accomidating Ramadon for Muslims & allowed to have a Special Meal for Christmas, a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article I §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC §2000-cc, went without food for over 120 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausea, light headed, weakness, dizziness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd Class by not allowing being allowed to order things as the Messionites had or have accomidations for my Holy Days as the Christians, Muslims, Natives & Pagans do for theirs. Violated my Idaho Const. rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination; to be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
(X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000464 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 27, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 27, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 5th consecutive day because Warden Randy Blades refused to allow a bag of food for my "accomidations" for my Holy Days to be made without any leaven foods. Thereby making me go without anything to eat for breakfast, lunch, & dinner for the 5th consecutive day. In doing so acted with delibrate indifference to my fundamental rights & Religous Liberty enjoyment of practicing my Religon. Acted with gross negligence as well ~~with~~ in the malicious act of depriving me adiquate food in accordance with my Religous Laws. & discriminated against my Jewish Faith by accomidating Ramadan for Muslims & having a ~~Spec~~ Special Meal for Christmas, a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend. 1, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 120 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausiea, light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as the Christians, Muslims, Native, and Pagans do for theirs. Violated my Idaho Const. Rights under Article I §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my Religous Freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and ~~[illegible]~~ IC160000695 (Exhibit 7 & Exhibit 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center Food Service Contractor. Trinity Food Services. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 28, 2016 *(dates)*, Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 28, 2016 at Idaho Dept. of Corr. Idaho State Correctional Center, I was made to go without food for the 6th consecutive Day because Phil Luvisi Food Service Manager of Idaho Dept. of Corr. Idaho State Corr. Center's Food Service Contractor Trinity Food Services, refused to allow a tray, or bag of food that were to be made my "accomidations" for Passover to be made without any leven foods for my Holy Days of Passover. Thereby making me go without anything to eat for the 6th consecutive Day for breakfast, lunch, & Dinner. In Doing So acted with delibrate Indifference to my fundamental Right & Religous liberty enjoyment of practicing my religion, [illegible] also acted with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religous laws. & discriminated against my Jewish faith By accomodating Ramadan for Muslims & cooking a special Meal for Christmas, a Christian Holiday, along with having a Christmas tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend. I, free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 § 4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 144 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausiea, light headed weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, and Pagans do for theirs. Violated my IDAHO Const. Rights under Article 1 §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religion; stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000685 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright (*defendant*), who was acting as Chaplin, Volunteer Religous Coordinator (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 28, 2014 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 28, 2016 at Idaho Dept of Corr. Idaho State Corr. Center, I was made to go without food for the 6th consecutive day because Rob Wright, Chaplin of Idaho Dept. of Corr. Idaho State Corr. Center, Refused to allow a bag of food for my "accomidation" to be made without any leaven foods for my Holy Days of Passover. There by making me go without anything to eat for breakfast, lunch & dinner for the 6th consecutive Day. In doing so acted with delibrate Indifference to my fundamental Right & Religous Liberty enjoyment of practicing my religon, which was done with gross Negligence in the malicious act of depriving me adiquat food in accordance with my Religous laws, & discriminated against my Jewish faith by accomidating Ramadon for Muslims & had a special Meal made for Christmas, a Christian Holiday, along with putting up a Christmas TREE in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; IDAHO Const. Article I §6, §4, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC §2000-cc; went without food for over 144 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausiea, light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish & humiliation for being made 2nd class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as Christians, Muslims, Natives & Pagans do for theirs. Deprived my Idaho Const. Rights under Article I §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religion; Stop making me choose to follow my Religous Laws & not eat or eat without touching the forbidden foods & not following my Religous Laws

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of the Idaho Dept of Corr. through all steps. this is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy WARDEN *(job title, if a person; function, if an entity)*

for the Idaho ~~State~~ Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 28, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 28, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 6th consecutive day because Deputy Warden Timothy McKay refused to allow a bag of food for my "accomidations", for my Holy Days of Passover, to be made without any Leaven foods. Thereby making me go without anything to eat for breakfast, lunch, & dinner for the 6th consecutive Day. In doing so acted with deliberate indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon. Acted as well with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish Faith by accomidating Ramadan for Muslims & having a Special Meal made for Christmas, a Christian Holiday, along with putting up a Christmas Tree in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause, Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; Went without food for over 144 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort cramping, nausiea, light headed, wealkness, dizzyness, & weight-loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article 1 §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & Conduct in denying my Religous Freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon; stop making me choose to follow my Religous Laws & not eat or eat without touching the forbidden foods & not follow my Religous Laws.

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or [✓] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (✓) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the Grievance Policy of Idaho Dept. of Corr. through all Steps. This is grievance Number IC160000404 and IC160000495 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades (*defendant*), who was acting as Warden (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 28, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 28, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center I was made to go without food for the 6th consecutive day because Warden Randy Blades refused to allow a bag of food for my "accomidations" for my Holy Days of Passover to be made without any leaven food. Thereby making me go without anything to eat for breakfast, lunch, & dinner for the 6th consecutive day. In doing so acted with deliberate indifference to my fundamental Rights & Religous Liberty enjoyment of practicing my Religon. Acted with gross negligence as well in the malicious act of depriving ~~me~~ me adiquate food in accordance with my Religous laws, discriminated against my Jewish faith by accomidating Ramadan for Muslims, & had a special meal made for Christmas, a Christian Holiday, along with putting a Christmas Tree up in the chow hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC §2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Depeived of my US Const. Rights under 1st, 8th, & 14th Amend. Along with 42 USC §2000-cc; went without food for over 144 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort cramping, nausea, light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as the Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article 1 §4, §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury of conduct in denying my Religous Freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon. Stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden food & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (Exhibit 7 & Exhibit 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center Food Service Contractor Trinity Food Services. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 29, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
At Idaho Dept. of Corr. Idaho State Correctional Center on April 29, 2016 I was made to go without food for the 7th consecutive Day because Phil Luvisi, Food Service Manager of Idaho Dept. of Corr. Idaho State Corr. Center's Food Service Contractor, Trinity Food Services, Refused to allow a tray, or bag of food that were to be my "accomidations" for Passover, to be made without any leaven foods for my Holy Days of Passover. Thereby making me go without anything to eat for the 7th consecutive day for breakfast, lunch, & dinner. In Doing so acted with deliberate indifference to my fundamental Right & Religious Liberty enjoyment of practicing my Religion; also acted with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religious Laws, & discriminated against my Jewish faith by accomidating Ramadan for Muslims & cooking a special meal for Christmas, & having a Christmas Tree in the Chow Hall

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
U.S. Const. Article V, Amend. I, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 § 4, § 6, Article XXI § 19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc. Went without food for over 168 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausea, light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article I § 4 § 6 and Article XXI § 19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religious Freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religion. Stop making me choose to follow my Religious Laws & not eat or eat without touching the forbidden foods & not follow my Religious Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright (*defendant*), who was acting as Chaplin Volunteer Religous Coordinator (*job title, if a person; function, if an entity*)

for the Idaho Dept. of Corr. Idaho State Correctional Center. (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on April 29, 2016 (*dates*), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 29, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 7th Consecutive Day because Rob Wright, Chaplin of Idaho Dept. of Corr. Idaho State Corr. Center, refused to allow a bag of food for my "accomidation" to be made without any Leaven foods for my Holydays of Passover thereby making me go without anything to eat for breakfast, lunch, & dinner for the 7th consecutive Day. In doing so acted with deliberate indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon, which was done with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws. & discriminated against my Jewish faith by accomidating Ramadan for Muslims & allowing a special Meal for Christmas, a Christian Holiday, along with putting a Christmas TREE up in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC §2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights Under 1st 8th & 14th Amend. along with 42 USC §2000-cc; went without food for over 168 Consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausea, light headed, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd class by not being allowed to order things as the Messianics had, or have accomidations for My Holy Days as Christians, Muslims, Natives, & Pagans do for theirs. Deprived my Idaho Const. Rights under Article 1 §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous Freedoms & Showing me discrimination, be provided adiquate food in accordance with my Religon, stop making me choose to follow my Religous Laws & not eat or eat without touching the forbidden foods & not follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance Policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy WARDEN *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 29, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 29, 2016 at Idaho Dept. of Corr. Idaho State Corr Center, I was made to go without food for the 7th consecutive Day because Deputy Warden Timothy McKay refused to allow a bag of food for my "accomidations", for my Holy Days of PASSOVER, to be made without any leaven foods. Thereby making me go without anything to eat for breakfast, lunch, & dinner for the 7th Consecutive day. In doing so acted with deliberate Indifference to my fundamental Right & religious liberty enjoyment of practicing my Religion. Acted as well with gross negligence in the malicious act of depriving me adiquate food in accordance with my religous laws, & discriminated against my Jewish faith by allowing accomidations for Ramadan for Muslims & a special meal for Christmas, a Christian Holiday, along with putting a Christmas tree up in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th, & 14th Amend. along with 42 USC § 2000-cc; went without food for over 168 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausiea, Light headed, weakness, dizzyness, weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd Class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as the Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article 1 §4, §6 and Article XXI §19

5. I seek the following relief: Punitive for Willful & Malicious injury & conduct in denying my Religous Freedoms & showing me discrimination. Provide adiquate food in accordance with my Religion; stop making me choose to follow my Religous Laws & not eat or eat without touching the forbidden foods & not follow my Religion.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the Grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center *(state, county, city/federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 29, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On April 29, 2016 at Idaho Dept. of Corr. Idaho State Corr Center I was made to go without food for the 7th Consecutive day because Warden Randy Blades refused to allow a bag of food for my "accomidations" For my Holy Days of Passover, to be made without any leaven leaven food. Thereby making me go without anything to eat for breakfast, Lunch, & dinner for the 7th Consecutive day. In doing so acted with deliberate indifference to my fundamental Rights & Religous Liberty enjoyment of practicing my Religon. Acted as well with gross negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish faith by allowing accomidations for Ramadan for Muslims & a special meal for Christmas, a Christian Holiday, along with putting a Christmas Tree up in the chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

US Const. Article V Amend. 1, Free Exercise Clause; Amend. VIII; Amend. XIV, Equal Protection Clause; 42 USC §2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th & 14th Amend. Along with 42USC§2000-cc; went without for for over 168 consecutive hours beginning 6pm April 22 causing physical hunger pains, discomfort, cramping, nausiea, light headed, weakness, dizzyness & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to order things as the Messianics had, or have accomidations for my Holy Days as the Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article 1 §4, §6 and Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms & Showing me discrimination. To be Provided adiquate food in accordance with my Religon; Stop making me choose to follow my Religous laws & not eat or eat without touching the forbidden food & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000695 (Exhibit 7 & Exhibit 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Phil Luvisi *(defendant)*, who was acting as Food Service Manager *(job title, if a person; function, if an entity)* for the Idaho Dept of Corr. Idaho State Corr. Center Food Contractor Trinity Food Services *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on April 30, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Made me go without food for the 8th Consecutive day because Phil Luvisi Refused to allow a tray or bag of food that were to be my "accomidations" for Passover to be made without any leaven foods for my Holy days of Passover. There by making me go without anything to eat for the 8th Consecutive day for breakfast, lunch, and dinner. In doing so acted with deliberate indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon. Also acted with gross Negligence in the malicious act of depriving me adiquate food in accordance with my Religous Laws & discriminating against my Jewish faith by accomidating Ramadon for Muslims and a special Meal for Christmas, a Christian Holiday, along with putting a Christmas tree in the Chowhall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. Const. Article V, Amend. I Free Exercise Clause; Amend. VIII, Amend XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. § 4, §6 Article 1, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. rights under 1st, 8th, & 14th Amend. Along with Article 1 §4 §6 & Article XXI §19 of the Idaho Const. & 42 USC § 2000-cc; Went without Food for a total of 204 hours beginning 6pm April 22 & ending 6Am May 1st, causing physical hunger pains, discomfort, Cramping, nausiea, light headed, weakness, dizzyness & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being able to have accomidations for my Holy Days when Christians, Muslims, Natives, & Pagans do for theirs.

5. I seek the following relief: Punitive for willful & malicious injury & conduct in denying my Religous Freedoms & Showing discrimination. To be Provided adiquate food in accordance with my religon & stop making me choose to go without & practice my religon or eat without touching the forbidden food on the tray & not Follow my religon

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Followed the grievance policy of the IDAHO Dept. of Corr. through all steps. This is grievance Number IC160000404 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rob Wright *(defendant)*, who was acting as Chaplin, Volunteer Religous Coordinator *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 30, 2016 *(dates)*, Defendant did

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: On April 30, 2016 at Idaho Dept. of Corr. Idaho State Corr. Center, I was made to go without food for the 8th consecutive Day because Rob Wright, Chaplin of Idaho Dept. of Corr. Idaho State Corr. Center, refused to allow a bag of food for my "accomidations" to be made without any leaven foods for my Holy Days of Passover. There by making me go without anything to eat for breakfast, Lunch, & dinner for the 8th consecutive Day. In doing so acted with deliberate Indifference to my fundamental Right & Religous Liberty enjoyment of practicing my Religon; which was done with gross negligence in the malicious acts of depriving me adiquate food in accordance with my Religous Laws, & discriminated against my Jewish faith by giving accomidations for Ramadon for Muslims & a special Meal for the Christian Holiday of Christmas, along with putting a Christmas Tree up in the Chow Hall.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend. I Free Exercise Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4 §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my US Const. Rights under 1st, 8th, & 14th Amend. along with 42 U.S.C. § 2000-cc; Went without food for 204 consecutive hours beginning 4pm April 22 & ending 6am May 1st, Causing phyiscal hunger pains, discomfort, cramping, nausea, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, & humiliation for being made 2nd Class by not being allowed to order things as the Messionics had, or accomidations for my Holy Days as Christians, Muslims, Natives, & pagans do for theirs. Deprived my Idaho Const. Rights under Article 1 §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for Wilful & Malicious injury & conduct in denying my Religous freedoms & showing me discrimination. To be provided adiquate food in accordance with my Religon; stop making me chose to follow my Religous Laws & not eat or eat without touching the forbidden foods & not follow my Religous Laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC160000404 and IC160000495 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Timothy McKay *(defendant)*, who was acting as Deputy WARDEN *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Correctional Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on April 30, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
On April 30, 2016 at Idaho Dept. of Corr. Idaho State Corr. CENTER, I was made to go without food for the 8th CONSECUTIVE Day because Deputy Warden Timothy McKay REFUSED to allow a bag of food for my "accomidations" for my Holy Days of PASSOVER, to be made without any leaven foods. There-by making me go without anything to EAT for breakfast, lunch, & dinner for the 8th CONSECUTIVE day. In doing so acted with delibrate Indifference to my fundamental Right & religous liberty Enjoyment of practicing my Religon. Acted with gross Negligence as well in the malicious act of depriving me adiquate food in accordance with my Religous Laws, & discriminating against my Jewish faith by giving proper accomidations for Ramadan to Muslims & a Special Christmas Meal, a Christian Holiday, & keeping up a Christmas TREE in the Chow Hall during December

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I FREE EXERCISE Clause; Amend. VIII; Amend. XIV Equal Protection Clause; 42 USC § 2000-cc (RLUIPA) §1985, §1986; Idaho Const. Article 1 [illegible] §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: Deprived of my U.S. Const. Rights under 1st, 8th & 14th Amend. Along with 42 USC § 2000-cc; went without food for 204 consecutive hours beginning 6pm April 22 & ending 6am May 1st causing physical hunger pains, discomfort, cramping, nausiea, lightheaded, weakness, dizzyness, & weight loss. Also endured discrimination, anger, anguish, humiliation for being made 2nd Class by not being allowed to order things as the Messionics had, or have accomidations for my Holy Days as Christians, Muslims, Natives, & Pagans do for theirs. Violated my Idaho Const. Rights under Article I §4, §6 and Article XXI §19

5. I seek the following relief: Punitive for willful & Malicious injury & conduct in denying my Religous freedoms, & showing me discrimination; Provide adiquate food in accordance with my Religon, stop making me choose to follow my Religous laws & not eat or eat without touching the Forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed the grievance policy of Idaho Dept. of Corr. through all steps. This is grievance number IC16000040 and IC160000695 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as WARDEN *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Corr. CENTER *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on APRIL 30, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: REFUSED to allow a bag of food for my "accomidations" for my Holy Day of PASSOVER to be made without Any leaven foods. THEREBY making me go without food for the 8th consecutive Day, making me go without anything to eat for breakfast, Lunch, & dinner for the 8th consecutive day. In doing so acted with deliberate indifference to my fundamental rights while he injured my enjoyment of practicing my Religous Liberties. Also acted with gross NEGLIGENCE in the malicious act of depriving me adiquate food in accordance with my Religous Laws & discriminating against my Jewish Faith by giving proper accomidations for Ramadan to Muslims, & a Special Christmas Meal, a Christian Holiday, & keeping up a Christmas tree in the Chowhall, during December,

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: US Const. Article V Amend 1, FREE EXERCISE Clause; Amend. VIII; Amend. XIV EQUAL PROTECTION CLAUSE; 42 USC § 2000-cc (RLUIPA), §1985, §1986; Idaho Const. Article 1 §4, §6, Article XXI §19

4. I allege that I suffered the following injury or damages as a result: DEPRIVED of my U.S. Const. Rights UNDER 1st, 8th, & 14th Amends. Along with 42 USC §2000-cc; went without food for a total of 204 consecutive hours beginning April 22 at 6pm & Ending 6am May 1st causing physical Hunger Pains, discomfort, Cramping, nausea, Light headed, weakness, dizzyness, & weightloss. Also Endured discrimination, anger, anguish, & humiliation for being Made 2nd Class by not allowed to order things as the Messianics had, or have accomidations for my Holiday as Christians, Muslims, Natives, & PAGANS Do For theirs. Violated my Idaho Const. under Article 1 §4 §6 & Article XXI §19

5. I seek the following relief: Punitive for the willful & Malicious injury & conduct in denying my Religous FREEDOMS & showing me discrimination, be Provided adiquate food in accordance with my Religous Laws, Stop making me choose to follow my Religous Laws & Not eat or eat without touching the forbidden foods & not follow my Religous laws.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ⦿ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

FOLLOWED THE GRIEVANCE POLICY OF. Idaho Dept. of Corr. through all steps. This is grievance NUMBER IC 160000695 and IC 160000464 (EXHIBIT 7 & EXHIBIT 8)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Rhonda Owens *(defendant)*, who was acting as Administration SERVICES MANAGER *(job title, if a person; function, if an entity)* for the Idaho Dept. of Corr. Idaho State Corr. Center. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on NOVEMBER 25, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Put up a Christmas TREE in the Chow hall without any other religions being represented. Did so with deliberate indifference to all other religions when asked about the Christmas tree did not respond other than by grievance where she states in complete deliberate indifference and malicious contemp to all other religions by stating that "the placement of a [Christmas] TREE does not RESTrict the religious observance or place a substantial burden on [an] inmates ability to practice their religion" Knowingly stating that from my actual complaint of her supporting the Establishment Clause of the Const. by only showing & supporting Christianity and no other religions.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I ESTABLISHMENT CLAUSE, XIV EQUAL PROTECTION CLAUSE, 42 USC §1985, §1986, §2000-cc; Idaho Const. §4 Article I & §19 Article XXI

4. I allege that I suffered the following injury or damages as a result:
Violated the US Const. 1st Amend. Establishment Clause and 14th Equal Protection by supporting a religious Holiday with decorations yet no other religions who have holidays at the same time as the one that is being supported.

5. I seek the following relief: Punitive for the Willful & malicious injury & conduct in the blanent discrimination by putting up a Christmas tree & nothing for Channukah or Quanzzy. to Either celebrate all religious Holidays by decorations or none.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed All STEPS of the Idaho Dept. of Corr. grievance policy. This is Grievance Number IC160001362 (EXHIBIT 9)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Randy Blades *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the Idaho Dept. of Corr. Idaho State Corr. Center *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on December 22, 2016 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Showed deliberate indifference, discrimination, and malicious disregard to the fact that He was violating the 1st Amend. Establishment Clause when he approved, as he told me this day when I asked him about the Christmas TREE in the Chow hall, to have a Christmas TREE up in the Chow hall AND I Asked him what about Judism's Channukah or African Quanzzah that's at the same time as Christmas or about the other religons or people who do not celebrate this Christian Holiday? Blades' responce was that its Christmas and the tree represents Santa Clause, WHICH IS synonomis with Christmas. And when He was "confronted" by the other Holidays not represented, he walks away instead of answering.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
US Const. Article V Amend. I ESTABLISHMENT CLAUSE, XIV Equal Protection Clause; 42 USC § 1985, §1986, § 2000-cc; Idaho Const. §4 Article I & §19 Article XXI

4. I allege that I suffered the following injury or damages as a result:
Violated the U.S. Const. Establishment Clause of the 1st Amend. along with the 14th Equal Protection Clause by showing Favortism towards Christianity then any other religons or Non-Religous groups by supporting a Christmas Tree in the Chow hall with out any other religons symbols out or shown.

5. I seek the following relief: Punitive for the Willful & Malicious injury & Conducts in the blantent discrimination by putting up a Christmas tree without any other religons shown. To EITHER celebrate all Religon's Holidays by decorations or none.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. (X) Yes ( ) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Followed all Steps of the Idaho Dept. of Corr. grievance policy. This is grievance Number IC160001362 (EXHIBIT 9)

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do O do not ⊗ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on February 2, 2017 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on February 2, 2017 *(date)*; OR *(specify other method)* ______.

Executed at Idaho State Correctional Center *(Location)* on February 2, 2017 *(Date)*.

[signature]
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach* ***original*** *exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*